JENNIFER KUENSTER (SBN 104607)
KATHLEEN KELLY (SBN 228571)
THELEN REID BROWN RAYSMAN & STEINER LLP
101 Second Street, Suite 1800
San Francisco, CA 94105
Telephone: 415.371.1200
Facsimile: 415.371.1211

Attorneys for Defendants

FILED
JAN 10 2007
CLERK
NORTHERN... CALIFORNIA
SAN JOSE

JAN 8 '07

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

GRATEFUL DEAD PRODUCTIONS, a California corporation, CADESTANSA LLC, a limited liability company on behalf of CARLOS SANTANA, an individual, JIMMY PAGE, an individual, ROBERT PLANT, an individual, JOHN PAUL JONES, an individual, RAYMOND MANZAREK, an individual, ROBBY KRIEGER, an individual, JOHN DENSMORE, an individual, PEAL COURSON, an individual, and GEORGE MORRISON, an individual.,

Plaintiffs,

vs.

WILLIAM E. SAGAN, an individual, NORTON LLC, a limited liability company, and BILL GRAHAM ARCHIVES LLC, d/b/a WOLFGANG'S VAULT, a limited liability company,

Defendants.

Case No. 06-07727 (JW)

STIPULATION AND [PROPOSED] ORDER REGARDING FIRST EXTENSION OF TIME TO RESPOND TO COMPLAINT

Complaint filed December 18, 2006

IT IS HEREBY STIPULATED AND AGREED by the parties through their respective counsel that defendants WILLIAM E. SAGAN, NORTON LLC, and BILL GRAHAM ARCHIVES LLC, d/b/a WOLFGANG'S VAULT, shall have a first extension of time of 30 days, until February 7, 2007, to answer, move, or otherwise respond to plaintiffs GRATEFUL DEAD

- 1 -
SF #1197612 v1

1  PRODUCTIONS, CADESTANSA LLC, a limited liability company on behalf of CARLOS
2  SANTANA, JIMMY PAGE, ROBERT PLANT, JOHN PAUL JONES, RAYMOND
3  MANZAREK, ROBBY KRIEGER, JOHN DENSMORE, PEAL COURSON, and GEORGE
4  MORRISON.

There is good cause to extend the time by which the defendants must move, answer, or otherwise respond to plaintiffs because attorney absences during the December holiday season would render it extremely difficult and burdensome for defense counsel to respond to plaintiffs' December 18, 2006 complaint by the present deadline.

Defendants have not been given a prior extension to respond to said complaint.

Dated: January 8, 2007

GIBSON, DUNN & CRUTCHER LLP

By _____
Jeffrey H. Reeves, CA SBN 156648
4 Park Plaza, Suite 1400
Irvine, CA 92614-8557
Tel: 714.451.3800

and

S. Ashlie Beringer
1801 California Street, Suite 4200
Denver, CO 80220
Tel: 303.298.5718

*Attorneys for Plaintiffs*

Dated: January 5, 2007

THELEN REID BROWN
RAYSMAN & STEINER LLP

By _____
Kathleen A. Kelly
101 Second Street
Suite 1800
San Francisco, CA 94105
Tel: 415.371.1200

*Attorneys for Defendants*

SF #1137612 v1

- 2 -

STIPULATION AND [PROPOSED] ORDER REGARDING FIRST EXTENSION OF TIME TO RESPOND TO COMPLAINT

## ORDER

THE PARTIES HAVING SO STIPULATED, AND GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT defendants William E. Sagan, Norton LLC, and Bill Graham Archives LLC, d/b/a Wolfgang's Vault shall have up to and including February 7, 2007 to answer, move, or otherwise respond to the Complaint in this matter.

Dated: Jan 10 2007

/s/ James Ware

Honorable ~~Patricia V. Trumbull~~ James Ware
U.S. ~~Magistrate~~ District Judge