Michael S. Elkin (admitted *pro hac vice*)
Thomas P. Lane (admitted *pro hac vice*)
WINSTON & STRAWN LLP
200 Park Avenue
New York, NY  10166-4193
Telephone:   212-294-6700
Facsimile:   212-294-4700
Email:  melkin@winston.com; tlane@winston.com

Andrew P. Bridges (SBN 122761)
Jennifer A. Golinveaux (SBN: 203056)
WINSTON & STRAWN LLP
101 California Street, Suite 3900
San Francisco, CA  94111
Telephone:   415-591-1000
Facsimile:   415-591-1400
Email:  abridges@winston.com; jgolinveaux@winston.com

Attorneys for Defendants
WILLIAM E. SAGAN, NORTON LLC,
and BILL GRAHAM ARCHIVES LLC,
d/b/a WOLFGANG'S VAULT

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| GRATEFUL DEAD PRODUCTIONS, a California corporation, CADESTANSA LLC, a limited liability company on behalf of CARLOS SANTANA, an individual, JIMMY PAGE, an individual, ROBERT PLANT, an individual, JOHN PAUL JONES, an individual, RAYMOND MANZAREK, an individual, ROBBY KRIEGER, an individual, JOHN DENSMORE, an individual, PEAL COURSON, an individual, and GEORGE MORRISON, an individual,<br><br>            Plaintiffs,<br><br>      vs.<br><br>WILLIAM E. SAGAN, an individual, NORTON LLC, a limited liability company, and BILL GRAHAM ARCHIVES LLC, d/b/a/ WOLFGANG'S VAULT, a limited liability company,<br><br>            Defendants. | Case No. C-06-07727 (JW)<br><br>**NOTICE OF SUBSTITUTION OF COUNSEL FOR DEFENDANTS WILLIAM E. SAGAN, NORTON LLC, and BILL GRAHAM ARCHIVES LLC, d/b/a WOLFGANG'S VAULT**<br><br>[PROPOSED] ORDER |

TO ALL PARTIES WHO HAVE APPEARED IN THIS ACTION AND THEIR COUNSEL OF RECORD:

Please take notice that Defendants William E. Sagan, Norton LLC, and Bill Graham Archives LLC, d/b/a Wolfgang's Vault, hereby substitute Winston & Strawn LLP in place of Thelen Reid Brown Raysman & Steiner LLP as their counsel of record in this action. The contact information for new counsel is as follows:

> Michael S. Elkin (melkin@winston.com)
> Thomas P. Lane (tlane@winston.com)
> WINSTON & STRAWN LLP
> 200 Park Avenue
> New York, NY 10166-4193
> Telephone:   212-294-6700
> Facsimile:   212-294-4700
>
> Andrew P. Bridges (abridges@winston.com)
> Jennifer A. Golinveaux (jgolinveaux@winston.com)
> WINSTON & STRAWN LLP
> 101 California Street
> San Francisco, CA 94111-5894
> Telephone: (415) 591-1000
> Facsimile: (415) 591-1400

Dated: February 20, 2007                                WINSTON & STRAWN, LLP

By:   /s/
    Jennifer A. Golinveaux
    Attorneys for Defendants
    WILLIAM E. SAGAN, NORTON LLC, and
    BILL GRAHAM ARCHIVES LLC, d/b/a
    WOLFGANG'S VAULT

///

///

Winston & Strawn LLP
101 California Street
San Francisco, CA 94111-5894

1 **CONSENT TO SUBSTITUTION**

2 Thelen Reid Brown Raysman & Steiner LLP hereby consents to this substitution.

3 Dated: February 20, 2007                           By:           /s/
                                                                        Dean Morehous
4                                                                       Thelen Reid Brown Raysman
                                                                        & Steiner LLP
5

6                                                       Jennifer A. Golinveaux hereby attests
                                                    that she has the assent of Mr. Morehous to affix
7                                                   his electronic signature to this document.

**IT IS SO ORDERED:**

8

9

10 Dated:           2/21/2007                       _____
                                                    HONORABLE JAMES WARE
11                                                  UNITED STATES DISTRICT JUDGE

Winston & Strawn LLP
101 California Street
San Francisco, CA  94111-5894

---

3
**NOTICE OF SUBSTITUTION OF COUNSEL FOR DEFENDANTS WILLIAM E. SAGAN,
NORTON LLC, and BILL GRAHAM ARCHIVES LLC, d/b/a WOLFGANG'S VAULT
CASE NO. C-06-07727 (JW)**

SF:153445.1