```
 1  Jeffrey H. Reeves, CA SBN 156648
    GIBSON, DUNN & CRUTCHER LLP
 2  4 Park Plaza, Suite 1400
    Irvine, California 92614-8557
 3  jreeves@gibsondunn.com
    (949) 451-3800 (Telephone)
 4  (949) 451-4220 (Facsimile)
 5
    and
 6
 7  S. Ashlie Beringer (admitted *pro hac vice*)
    Laura M. Sturges (admitted *pro hac vice*)
 8  GIBSON, DUNN & CRUTCHER LLP
    1801 California Street, Suite 4200
 9  Denver, Colorado 80220
    aberinger@gibsondunn.com
10  (303) 298-5718 (Telephone)
    (303) 313-2868 (Facsimile)
11
12  Attorneys for Plaintiffs and Putative Counterclaim
    Defendants Robert Weir, Warner Music Group
13  Corp., and Rhino Entertainment
```

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRATEFUL DEAD PRODUCTIONS, a California corporation, CADESTANSA, LLC, a limited liability company on behalf of CARLOS SANTANA, an individual, JIMMY PAGE, an individual, ROBERT PLANT, an individual, JOHN PAUL JONES, an individual, RAYMOND MANZAREK, an individual, ROBBY KRIEGER, an individual, JOHN DENSMORE, an individual, PEARL COURSON, an individual, GEORGE MORRISION, an individual, FANTALITY CORP., a Colorado corporation, SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership, BMG MUSIC, a New York partnership, and ARISTA RECORDS, a Delaware LLC,<br><br>        Plaintiffs,<br><br>   v.<br><br>WILLIAM E. SAGAN, an individual, NORTON LLC, a limited liability company, and BILL | CASE NO. C 06 7727 (JW) (PV)<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING FIRST EXTENSION OF TIME TO RESPOND TO COUNTERCLAIMS** |

| | |
|---|---|
| 1<br>2<br>3 | GRAHAM ARCHIVES LLC, d/b/a<br>WOLFGANG'S VAULT, a limited liability<br>company,<br><br>                    Defendants. |

IT IS HEREBY STIPULATED AND AGREED by the parties through their respective counsel that plaintiffs and counterclaim defendants GRATEFUL DEAD PRODUCTIONS, CADESTANSA LLC, a limited liability company on behalf of CARLOS SANTANA, JIMMY PAGE, ROBERT PLANT, JOHN PAUL JONES, RAYMOND MANZAREK, ROBBY KRIEGER, JOHN DENSMORE, PEARL COURSON, GEORGE MORRISON, FANTALITY CORP., SONY BMG MUSIC ENTERTAINMENT, BMG MUSIC, and ARISTA RECORDS shall have a first extension of time of 30 days, up to and including April 11, 2007, to answer, move, or otherwise respond to the Counterclaims filed by defendants WILLIAM E. SAGAN, NORTON LLC, and BILL GRAHAM ARCHIVES LLC, d/b/a WOLFGANG'S VAULT.

IT IS FURTHER STIPULATED AND AGREED that putative counterclaim defendants ROBERT WEIR, WARNER MUSIC GROUP CORP., and RHINO ENTERTAINMENT shall have a first extension of time of 30 days, up to and including April 11, 2007, to answer, move, or otherwise respond to the Counterclaims filed by defendants WILLIAM E. SAGAN, NORTON LLC, and BILL GRAHAM ARCHIVES LLC, d/b/a WOLFGANG'S VAULT.

There is good cause to extend the time by which the plaintiffs/counterclaim defendants and putative counterclaim defendants must move, answer, or otherwise respond to defendants' counterclaims. Counterclaimants have made numerous factual allegations and have asserted eight counterclaims against plaintiffs/counterclaim defendants and putative counterclaim defendants, which allegations and counterclaims plaintiffs/counterclaim defendants and putative counterclaim defendants require additional time to evaluate. Additionally, plaintiffs/counterclaim defendants previously stipulated to a 30-day extension of time to allow defendants/counterclaimants to respond

to plaintiffs' complaint, which stipulation this Court approved on January 10, 2007. Finally, the 30-day extension of time requested in the present Stipulation will have no effect on the schedule for this case.

Plaintiffs/counterclaim defendants and putative counterclaim defendants have not requested a prior extension of time to respond to defendants' counterclaims.

Respectfully Submitted,

DATED: March 12, 2007

GIBSON, DUNN & CRUTCHER LLP

By      s/ Laura M. Sturges
S. Ashlie Beringer
Laura M. Sturges
1801 California Street, Suite 4200
Denver, CO  80202
Telephone:  303-298-5718

and

Jeffrey H. Reeves, CA SBN 156648
4 Park Plaza, Suite 1400
Irvine, CA 92614-8557
Tel: 714-451-3800

Attorneys for Plaintiffs and Putative Counterclaim Defendants Robert Weir, Warner Music Group Corp., and Rhino Entertainment

DATED: March 12, 2007

WINSTON & STRAWN LLP

By     s/ Jennifer A. Golinveaux
Andrew P. Bridges, CA SBN 122761
Jennifer A. Golinveaux, CA SBN 203056
101 California Street
San Francisco, CA 94111
Tel: 415-591-1506

and

Michael S. Elkin (admitted *pro hac vice*)
Thomas P. Lane (admitted *pro hac vice*)
200 Park Avenue
New York, NY 10166
Tel: 212-294-6700

Attorneys for Defendants and Counterclaim Plaintiffs

In accordance with Civil L.R. 5-4 and General Order No. 45(X)(B), I, Laura M. Sturges, attest under penalty of perjury under the laws of the United States of America that I have the concurrence of the other signatories to this document.

                                                                                                                   _____s/ Laura M. Sturges_____
                                                                                                                           Laura M. Sturges

**ORDER**

THE PARTIES HAVING SO STIPULATED, AND GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT plaintiffs and counterclaim defendants Grateful Dead Productions, Cadestansa LLC, a limited liability company on behalf of Carlos Santana, Jimmy Page, Robert Plant, John Paul Jones, Raymond Manzarek, Robby Krieger, John Densmore, Pearl Courson, George Morrison, Fantality Corp., Sony BMG Music Entertainment, BMG Music, and Arista Records and putative counterclaim defendants Robert Weir, Warner Music Group Corp., and Rhino Entertainment shall have up to and including April 11, 2007 to answer, move, or otherwise respond to defendants' counterclaims in this matter.

Dated:  ___3/14/2007_____

_____
Honorable James Ware
U.S. District Judge