Jeffrey H. Reeves, CA SBN 156648
GIBSON, DUNN & CRUTCHER LLP
4 Park Plaza, Suite 1400
Irvine, California 92614-8557
jreeves@gibsondunn.com
(949) 451-3800 (Telephone)
(949) 451-4220 (Facsimile)

and

S. Ashlie Beringer (admitted *pro hac vice*)
Laura M. Sturges (admitted *pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
1801 California Street, Suite 4200
Denver, Colorado 80220
aberinger@gibsondunn.com
(303) 298-5718 (Telephone)
(303) 313-2868 (Facsimile)

Attorneys for Putative Counterclaim
Defendant Bravado International Group, Inc.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GRATEFUL DEAD PRODUCTIONS, a California corporation, CADESTANSA, LLC, a limited liability company on behalf of CARLOS SANTANA, an individual, JIMMY PAGE, an individual, ROBERT PLANT, an individual, JOHN PAUL JONES, an individual, RAYMOND MANZAREK, an individual, ROBBY KRIEGER, an individual, JOHN DENSMORE, an individual, PEARL COURSON, an individual, GEORGE MORRISION, an individual, FANTALITY CORP., a Colorado corporation, SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership, BMG MUSIC, a New York partnership, and ARISTA RECORDS, a Delaware LLC,<br><br>    Plaintiffs,<br><br>  v.<br><br>WILLIAM E. SAGAN, an individual, NORTON | CASE NO. C 06 7727 (JW) (PV)<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING COUNTERCLAIM DEFENDANT BRAVADO'S FIRST EXTENSION OF TIME TO RESPOND TO COUNTERCLAIMS** |

Gibson, Dunn & Crutcher LLP

1

STIPULATION AND [PROPOSED] ORDER REGARDING COUNTERCLAIM DEFENDANT BRAVADO'S FIRST EXTENSION OF TIME TO RESPOND TO COUNTERCLAIMS - CASE NO. C 06 7727 (JW) (PV)

LLC, a limited liability company, and BILL GRAHAM ARCHIVES LLC, d/b/a WOLFGANG'S VAULT, a limited liability company,

                    Defendants.

NORTON LLC, a limited liability company, BILL GRAHAM ARCHIVES LLC, d/b/a WOLFGANG'S VAULT, a limited liability company, and WILLIAM E. SAGAN, an individual,

                    Counterclaim Plaintiffs,

    v.

GRATEFUL DEAD PRODUCTIONS, a California corporation, CADESTANSA, LLC, a limited liability company on behalf of CARLOS SANTANA, an individual, JIMMY PAGE, an individual, ROBERT PLANT, an individual, JOHN PAUL JONES, an individual, RAYMOND MANZAREK, an individual, ROBBY KRIEGER, an individual, JOHN DENSMORE, an individual, PEARL COURSON, an individual, GEORGE MORRISON, an individual, FANTALITY CORP., a Colorado corporation, SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership, BMG MUSIC, a New York partnership, ARISTA RECORDS, a Delaware LLC, ROBERT WEIR, an individual, WARNER MUSIC GROUP CORP., a Delaware corporation, RHINO ENTERTAINMENT, its subsidiary, and BRAVADO INTERNATIONAL GROUP, INC., a California corporation,

                  Counterclaim Defendants.

IT IS HEREBY STIPULATED AND AGREED by the parties through their respective counsel that putative counterclaim defendant BRAVADO INTERNATIONAL GROUP, INC. ("Bravado"), shall have a first extension of time of 30 days, up to and including May 3, 2007, to answer, move, or otherwise respond to the Counterclaims filed by defendants WILLIAM E. SAGAN, NORTON LLC, and BILL GRAHAM ARCHIVES LLC, d/b/a WOLFGANG'S VAULT.

There is good cause to extend the time by which Bravado must move, answer, or otherwise respond to defendants' counterclaims. Bravado was served later than the other putative counterclaim defendants and was not an original party to this action, and therefore requires sufficient time to evaluate the factual allegations and legal contentions contained in the counterclaims before filing a response. Additionally, plaintiffs/counterclaim defendants previously stipulated to a 30-day extension of time to allow defendants/counterclaimants to respond to plaintiffs' complaint, which stipulation this Court approved on January 10, 2007. Likewise, defendant/counterclaimants previously stipulated to a 30-day extension of time to allow each of the plaintiff/counterclaim defendants other than Bravado to respond to the counterclaims, which this Court approved on March 4, 2007. Finally, the 30-day extension of time requested in the present Stipulation will have no effect on the schedule for this case.

Bravado has not requested a prior extension of time to respond to defendants' counterclaims.

Respectfully Submitted,

DATED: March 28, 2007          GIBSON, DUNN & CRUTCHER LLP

By      s/ Laura M. Sturges
S. Ashlie Beringer
Laura M. Sturges
1801 California Street, Suite 4200
Denver, CO  80202
Telephone:  303-298-5718

and

Jeffrey H. Reeves, CA SBN 156648
4 Park Plaza, Suite 1400
Irvine, CA 92614-8557
Tel: 714-451-3800

Attorneys for Putative Counterclaim Defendant
Bravado International Group, Inc.

DATED: March 28, 2007          WINSTON & STRAWN LLP

By       s/ Thomas P. Lane
Michael S. Elkin (admitted *pro hac vice*)
Thomas P. Lane (admitted *pro hac vice*)
200 Park Avenue

3

STIPULATION AND [PROPOSED] ORDER REGARDING COUNTERCLAIM DEFENDANT BRAVADO'S FIRST EXTENSION OF TIME TO RESPOND TO COUNTERCLAIMS - CASE NO. C 06 7727 (JW) (PV)

```
                                        New York, NY 10166
                                        Tel: 212-294-6700

                                        and

                                        Andrew P. Bridges, CA SBN 122761
                                        Jennifer A. Golinveaux, CA SBN 203056
                                        101 California Street
                                        San Francisco, CA 94111
                                        Tel: 415-591-1506

                                        Attorneys for Defendants and Counterclaim
                                        Plaintiffs
```

In accordance with Civil L.R. 5-4 and General Order No. 45(X)(B), I, Laura M. Sturges, attest under penalty of perjury under the laws of the United States of America that I have the concurrence of the other signatories to this document.

```
                            _____s/ Laura M. Sturges_____
                                       Laura M. Sturges
```

Gibson, Dunn & Crutcher LLP

4

STIPULATION AND [PROPOSED] ORDER REGARDING COUNTERCLAIM DEFENDANT BRAVADO'S FIRST EXTENSION OF TIME TO RESPOND TO COUNTERCLAIMS - CASE NO. C 06 7727 (JW) (PV)

**ORDER**

THE PARTIES HAVING SO STIPULATED, AND GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT putative counterclaim defendant Bravado International Group, Inc., shall have up to and including May 3, 2007 to answer, move, or otherwise respond to defendants' counterclaims in this matter.

Dated: __3/29/2007_____

_____
Honorable James Ware
U.S. District Judge

5

Gibson, Dunn & Crutcher LLP

STIPULATION AND [PROPOSED] ORDER REGARDING COUNTERCLAIM DEFENDANT BRAVADO'S FIRST EXTENSION OF TIME TO RESPOND TO COUNTERCLAIMS - CASE NO. C 06 7727 (JW) (PV)