1   Jeffrey H. Reeves (SBN 156648)
    GIBSON, DUNN & CRUTCHER LLP
2   4 Park Plaza, Suite 1400
    Irvine, California 92614-8557
3   jreeves@gibsondunn.com
    (949) 451-3800 (Telephone)
4   (949) 451-4220 (Facsimile)
5
    and
6
7   S. Ashlie Beringer (admitted *pro hac vice*)
    Joshua A. Jessen (SBN 222831)
8   Laura M. Sturges (admitted *pro hac vice*)
    GIBSON, DUNN & CRUTCHER LLP
9   1801 California Street, Suite 4200
    Denver, Colorado 80202
10  aberinger@gibsondunn.com
    (303) 298-5718 (Telephone)
11  (303) 313-2868 (Facsimile)
12
    Attorneys for Plaintiffs
13

14                  UNITED STATES DISTRICT COURT

15                 NORTHERN DISTRICT OF CALIFORNIA

16                       SAN JOSE DIVISION

17  GRATEFUL DEAD PRODUCTIONS, a
    California corporation, CADESTANSA, LLC, a      CASE NO. 06-07727 (JW) (PVT)
18  limited liability company on behalf of CARLOS
    SANTANA, an individual, JIMMY PAGE, an          **DECLARATION OF JOSHUA A. JESSEN**
19  individual, ROBERT PLANT, an individual,        **IN SUPPORT OF PLAINTIFFS' MOTION**
    JOHN PAUL JONES, an individual,                 **TO COMPEL (1) SUBSTANTIVE**
20  RAYMOND MANZAREK, an individual,                **RESPONSES TO PLAINTIFFS' FIRST**
    ROBBY KRIEGER, an individual, JOHN              **SET OF INTERROGATORIES, AND (2)**
21  DENSMORE, an individual, PEARL                  **PRODUCTION OF DOCUMENTS AND**
    COURSON, an individual, GEORGE                  **THINGS**
22  MORRISION, an individual, FANTALITY
23  CORP., a Colorado corporation, SONY BMG         Date:    June 26, 2007
    MUSIC ENTERTAINMENT, a Delaware                 Time:    10:00 a.m.
24  general partnership, BMG MUSIC, a New York      Ctrm:    Honorable Patricia V. Trumbull
    partnership, and ARISTA RECORDS, a
25  Delaware LLC,
26
                        Plaintiffs,
27
             v.
28

Gibson, Dunn &
Crutcher LLP     DECLARATION OF JOSHUA A. JESSEN IN SUPPORT OF PLAINTIFFS' MOTION TO COMPEL (1)
                 SUBSTANTIVE RESPONSES TO PLAINTIFFS' FIRST SET OF INTERROGATORIES, AND (2) PRODUCTION OF
                 DOCUMENTS AND THINGS – 06-07727 (JW) (PVT)

1

2  WILLIAM E. SAGAN, an individual, NORTON
   LLC, a limited liability company, and BILL
3  GRAHAM ARCHIVES LLC, d/b/a
   WOLFGANG'S VAULT, a limited liability
4  company,

                        Defendants.
5

6  NORTON LLC, a limited liability company,
   BILL GRAHAM ARCHIVES LLC, d/b/a
7  WOLFGANG'S VAULT, a limited liability
   company, and WILLIAM E. SAGAN, an
8  individual,

9          Counterclaimants,

10    v.

11  GRATEFUL DEAD PRODUCTIONS, a
    California corporation, CADESTANSA LLC, a
12  limited liability company on behalf of CARLOS
    SANTANA, an individual, JIMMY PAGE, an
13  individual, ROBERT PLANT, an individual,
    JOHN PAUL JONES, an individual,
14  RAYMOND MANZAREK, an individual,
    ROBBY KRIEGER, an individual, JOHN
15  DENSMORE, an individual, PEARL
    COURSON, an individual, GEORGE
16  MORRISON, an individual, FANTALITY
17  CORP., a Colorado corporation, SONY BMG
    MUSIC ENTERTAINMENT, a Delaware
18  general partnership, BMG MUSIC, a New York
    partnership, and ARISTA RECORDS, a
19  Delaware LLC, ROBERT WEIR, an individual,
    WARNER MUSIC GROUP CORP., a Delaware
20  corporation, RHINO ENTERTAINMENT, its
    subsidiary, and BRAVADO INTERNATIONAL
21  GROUP, INC., a California corporation,
22

23          Counterclaim Defendants.

24

25

26

27

28

Gibson, Dunn &
Crutcher LLP

DECLARATION OF JOSHUA A. JESSEN IN SUPPORT OF PLAINTIFFS' MOTION TO COMPEL (1)
SUBSTANTIVE RESPONSES TO PLAINTIFFS' FIRST SET OF INTERROGATORIES, AND (2) PRODUCTION OF
DOCUMENTS AND THINGS – 06-07727 (JW) (PVT)

1    I, Joshua A. Jessen, declare as follows:

2    1.    I am an attorney licensed to practice law in all courts in the State of California and am

3    admitted to practice before the United States District Court, Northern District of California.  I am an

4    associate in the law firm of Gibson, Dunn & Crutcher LLP and am one of the attorneys responsible

5    for the representation of the Plaintiffs in this matter.  I make this declaration of my own personal

6    knowledge and, if called as a witness, I could and would testify competently to the facts stated herein.

7    2.    Attached hereto as Exhibit **1** is a true and correct copy of the Joint Case Management

8    Statement and [Proposed] Order, which was filed on April 2, 2007.

9    3.    Attached hereto as Exhibit **2** is a true and correct copy of Defendants' Supplemental

10   Responses to Plaintiffs' First Set of Requests for Admissions, dated May 14, 2007.

11   4.    Attached hereto as Exhibit **3** is a true and correct copy of Defendants' Request for

12   Production of Documents to Plaintiffs, Set One, dated March 21, 2007.

13   5.    Attached hereto as Exhibit **4** is a true and correct copy of Plaintiffs' First Request for

14   Production of Documents, dated March 21, 2007.

15   6.    Attached hereto as Exhibit **5** is a true and correct copy of Plaintiffs' First Set of

16   Interrogatories, dated March 21, 2007.

17   7.    Attached hereto as Exhibit **6** is a true and correct copy of Plaintiffs' First Requests for

18   Admission, dated March 21, 2007.

19   8.    Attached hereto as Exhibit **7** is a true and correct copy of Defendants' Responses to

20   Plaintiffs' First Set of Requests for Production of Documents, dated April 23, 2007.

21   9.    Attached hereto as Exhibit **8** is a true and correct copy of Defendants' Responses to

22   Plaintiffs' First Set of Requests for Admissions, dated April 23, 2007.

23   10.    Attached hereto as Exhibit **9** is a true and correct copy of Defendants' Objections to

24   Plaintiffs' First Set of Interrogatories, dated April 23, 2007.

25   11.    Attached hereto as Exhibit **10** is a true and correct copy of a letter I sent to

26   Defendants' counsel on April 27, 2007, requesting that a meet-and-confer conference be held

27   regarding Defendants' discovery responses on April 30, 2007.

28

1

DECLARATION OF JOSHUA A. JESSEN IN SUPPORT OF PLAINTIFFS' MOTION TO COMPEL (1) SUBSTANTIVE RESPONSES TO PLAINTIFFS' FIRST SET OF INTERROGATORIES, AND (2) PRODUCTION OF DOCUMENTS AND THINGS – 06-07727 (JW) (PVT)

1    12.    Attached hereto as Exhibit **11** is a true and correct copy of a letter I received from

2  Defendants' counsel on April 30, 2007.

3    13.    On April 30, 2007, my colleague (Ashlie Beringer) and I met and conferred

4  telephonically with Defendants' counsel (Rebecca Calkins and Erin Ranahan) for approximately one

5  and a half hours.  During that conference, Defendants' counsel expressed their belief that Plaintiffs

6  had served more than 100 interrogatories.  Ms. Beringer and I acknowledged that certain of Plaintiffs'

7  interrogatories arguably consisted of more than one interrogatory, but we informed Defendants'

8  counsel that Plaintiffs' interrogatories certainly did not exceed the 100-interrogatory limit.  In an

9  effort to understand Defendants' position, however, we asked Defendants' counsel to identify, on an

10  interrogatory-by-interrogatory basis, the total number of interrogatories Defendants believed

11  Plaintiffs had served.  Defendants' counsel agreed to do so by the following day, but – even before

12  undertaking the exercise – promised Plaintiffs' counsel that Defendants' calculation would result in a

13  number higher than 100.

14    14.    Attached hereto as Exhibit **12** is a true and correct copy of an e-mail I received from

15  Defendants' counsel on May 1, 2007.  The e-mail contains Defendants' calculations – on an

16  interrogatory-by-interrogatory basis – of how many interrogatories Defendants believe Plaintiffs have

17  served.  In this e-mail, Defendants' counsel contends that Plaintiffs have served 366 interrogatories,

18  including five interrogatories (Interrogatory Nos. 3, 4, 5, 7 and 16) that alone allegedly total 253

19  separate interrogatories.

20    15.    Attached hereto as Exhibit **13** is a true and correct copy of an e-mail I sent to

21  Defendants' counsel on May 1, 2007.

22    16.    Attached hereto as Exhibit **14** is a true and correct copy of an e-mail I received from

23  Defendants' counsel on May 2, 2007.

24    17.    Attached hereto as Exhibit **15** is a true and correct copy of an e-mail I sent to

25  Defendants' counsel on May 4, 2007.

26    18.    Attached hereto as Exhibit **16** is a true and correct copy of an e-mail I received from

27  Defendants' counsel on May 8, 2007.

28

2

DECLARATION OF JOSHUA A. JESSEN IN SUPPORT OF PLAINTIFFS' MOTION TO COMPEL (1)
SUBSTANTIVE RESPONSES TO PLAINTIFFS' FIRST SET OF INTERROGATORIES, AND (2) PRODUCTION OF
DOCUMENTS AND THINGS – 06-07727 (JW) (PVT)

1    19.    Attached hereto as Exhibit **17** is a true and correct copy of an e-mail I sent to

2  Defendants' counsel on May 8, 2007.

3    20.    Attached hereto as Exhibit **18** is a true and correct copy of an e-mail I received from

4  Defendants' counsel on May 8, 2007.

5    21.    Attached hereto as Exhibit **19** is a true and correct copy of an e-mail I sent to

6  Defendants' counsel on May 8, 2007.

7    22.    Attached hereto as Exhibit **20** is a true and correct copy of an e-mail I sent to

8  Defendants' counsel on the morning of May 14, 2007, inquiring into the status of the supplemental

9  discovery responses Defendants' counsel had promised to serve by May 11, 2007.  I also left

10 Defendants' counsel (Ms. Calkins) a voicemail on this subject during the afternoon of May 14.

11   23.    Attached hereto as Exhibit **21** is a true and correct copy of Defendants' Supplemental

12 Responses to Plaintiffs' First Set of Requests for Production of Documents, dated May 14, 2007.

13   24.    Attached hereto as Exhibit **22** is a true and correct copy of an e-mail I sent to

14 Defendants' counsel on May 15, 2007.

15   25.    Attached hereto as Exhibit **23** is a true and correct copy of an e-mail I sent to

16 Defendants' counsel on May 16, 2007.

17   26.    Attached hereto as Exhibit **24** is a true and correct copy of an e-mail I sent to

18 Defendants' counsel on May 17, 2007.

19   27.    Attached hereto as Exhibit **25** is a true and correct copy of an e-mail I received from

20 Defendants' counsel on May 17, 2007.

21   28.    Attached hereto as Exhibit **26** is a true and correct copy of an e-mail I sent to

22 Defendants' counsel on May 17, 2007.

23   29.    Attached hereto as Exhibit **27** is a true and correct copy of an e-mail I received from

24 Defendants' counsel on May 18, 2007.

25   30.    Attached hereto as Exhibit **28** is a true and correct copy of an e-mail I sent to

26 Defendants' counsel on May 20, 2007.

27

28

3

Gibson, Dunn &
Crutcher LLP

DECLARATION OF JOSHUA A. JESSEN IN SUPPORT OF PLAINTIFFS' MOTION TO COMPEL (1)
SUBSTANTIVE RESPONSES TO PLAINTIFFS' FIRST SET OF INTERROGATORIES, AND (2) PRODUCTION OF
DOCUMENTS AND THINGS – 06-07727 (JW) (PVT)

1         31.     On May 21, 2007, I met and conferred telephonically with Defendants' counsel (Ms.

2    Calkins and Ms. Ranahan) for over one and a half hours.  During that conference, I explained the

3    relevance of the disputed document requests to Defendants' counsel and attempted to address their

4    objections.  At one point during the conference, I even sent them an e-mail that I hoped would

5    obviate their purported objection to the phrase "Plaintiffs' Intellectual Property," a subject we had

6    discussed during the April 30 conference, as well.  I am attaching a true and correct copy of that e-

7    mail as Exhibit **29**.  Despite my efforts, however, Defendants' counsel would not agree to produce

8    documents responsive to any of the 17 disputed requests for production.

9         I declare under penalty of perjury under the laws of the United States of America that the

10   foregoing is true and correct and that this declaration was executed on May 22, 2007, at Denver,

11   Colorado.

12

13                                                   _____/s/_____

                                                          Joshua A. Jessen

14   100229762_1.DOC

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                          4

Gibson, Dunn &
Crutcher LLP

DECLARATION OF JOSHUA A. JESSEN IN SUPPORT OF PLAINTIFFS' MOTION TO COMPEL (1)
SUBSTANTIVE RESPONSES TO PLAINTIFFS' FIRST SET OF INTERROGATORIES, AND (2) PRODUCTION OF
DOCUMENTS AND THINGS – 06-07727 (JW) (PVT)