Andrew P. Bridges (SBN 122761)
abridges@winston.com
Jennifer A. Golinveaux (SBN 203056)
jgolinveaux@winston.com
WINSTON & STRAWN LLP
101 California Street
San Francisco, California 94111
(415) 591-1506 (Telephone)
(415) 591-1400 (Facsimile)

Michael S. Elkin *(admitted pro hac vice)*
melkin@winston.com
Thomas P. Lane *(admitted pro hac vice)*
tlane@winston.com
WINSTON & STRAWN LLP
200 Park Avenue
New York, New York  10166
(212) 294-6700 (Telephone)
(212) 294-4700 (Facsimile)

Attorneys for Defendants/Counterclaimants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GRATEFUL DEAD PRODUCTIONS, a California corporation, CADESTANSA LLC, a limited liability company on behalf of CARLOS SANTANA, an individual, JIMMY PAGE, an individual, ROBERT PLANT, an individual, JOHN PAUL JONES, an individual, RAYMOND MANZAREK, an individual, ROBBY KRIEGER, an individual, JOHN DENSMORE, an individual, PEARL COURSON, an individual, and GEORGE MORRISON, an individual, FANTALITY CORP., a Colorado corporation, SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership, BMG MUSIC, a New York partnership, and ARISTA RECORDS, a Delaware LLC, <br><br>     Plaintiffs, <br><br>  v. | **CASE NO. 06-07727 (JW) (PVT)** <br><br> **STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE FOR COUNTER-DEFENDANTS' MOTIONS TO DISMISS COUNTERCLAIMANTS' COUNTERCLAIMS** |

**Winston & Strawn LLP**
**San Francisco, CA 94111-5894**

1

1   WILLIAM E. SAGAN, an individual,
    NORTON LLC, a limited liability company,
2   and BILL GRAHAM ARCHIVES LLC,
    d/b/a WOLFGANG'S VAULT, a limited
3   liability company,

4       Defendants.

5   _____

6   NORTON LLC, a limited liability company,
    BILL GRAHAM ARCHIVES LLC, d/b/a
7   WOLFGANG'S VAULT, a limited liability
    company, and WILLIAM E. SAGAN, an
8   individual,

9       Counterclaimants

10      v.

11  GRATEFUL DEAD PRODUCTIONS, a
    California corporation, CADESTANSA
12  LLC, a limited liability company on behalf
    of CARLOS SANTANA, an individual,
13  JIMMY PAGE, an individual, ROBERT
    PLANT, an individual, JOHN PAUL
14  JONES, an individual, RAYMOND
    MANZAREK, an individual, ROBBY
15  KRIEGER, an individual, JOHN
    DENSMORE, an individual, PEARL
16  COURSON, an individual, GEORGE
    MORRISON, an individual, FANTALITY
17  CORP., a Colorado corporation, SONY
    BMG MUSIC ENTERTAINMENT, a
18  Delaware general partnership, BMG MUSIC,
    a New York partnership, and ARISTA
19  RECORDS, a Delaware LLC, ROBERT
    WEIR, an individual, WARNER MUSIC
20  GROUP CORP., a Delaware corporation,
    RHINO ENTERTAINMENT, its subsidiary,
21  and BRAVADO INTERNATIONAL
    GROUP, INC., a California corporation,

22      Counterclaim Defendants.

23

24

25

26

27

28

                                2

Stipulation and [Proposed] Order Regarding Briefing Schedule for Counterdefendants' Motions
to Dismiss Counterclaimants' Counterclaims
Case No. 06-07727 (JW) (PVT)

**Winston & Strawn LLP**
**San Francisco, CA 94111-5894**

1    The undersigned parties hereby stipulate and agree, subject to the approval of this Court,

2    that Defendants' and Counterclaimants', WILLIAM E. SAGAN, NORTON LLC, and BILL

3    GRAHAM ARCHIVES LLC, d/b/a WOLFGANG'S VAULT, Opposition to Counter-

4    Defendants' Motion to Dismiss Counterclaimants' Second, Third, Fifth, Sixth, Seventh and

5    Eighth Counterclaims and Counter-Defendant Bravado's Motion to Dismiss Counterclaimants'

6    First, Fifth, Sixth and Eighth Counterclaims shall be filed on or before July 12, 2007.  Counter-

7    Defendants' reply papers shall be filed on or before July 30, 2007.

8    The parties are stipulating to this revised schedule as a result of the Court's change in the

9    hearing date of the motion from July 2, 2007 to August 13, 2007.  The parties have previously

10   stipulated, and this Court has agreed, to extensions of time for the Counter-Defendants to

11   respond to Counterclaimants' Counterclaims.  (*See* Docket # 30, 40.)  The requested scheduling

12   adjustment will have no effect on the schedule for this case.

13

14   Dated:  May 30, 2007

15   GIBSON, DUNN & CRUTCHER LLP              WINSTON & STRAWN LLP

16   By: /s/ Jeffrey H. Reeves                By: /s/ Jennifer A. Golinveaux
         Jeffrey H. Reeves                        Jennifer A. Golinveaux

17
         4 Park Plaza, Suite 1400                 101 California Street
18       Irvine, California 92614-8557            San Francisco, California 94111
         (949) 451-3800                           (415) 591-1506
19       (949) 451-4220 (Facsimile)               (415) 591-1400 (Facsimile)

20       and                                      and

21       S. Ashlie Beringer                       Michael S. Elkin
         Joshua A. Jessen                         Thomas P. Lane
22       Laura M. Sturges                         200 Park Avenue
                                                  New York, New York  10166
23       1801 California Street, Suite 4200       (212) 294-6700
         Denver, Colorado 80202                   (212) 294-4700 (Facsimile)
24       (303) 298-5718
         (303) 313-2868 (Facsimile)              Attorneys for Defendants/
25                                               Counterclaimants
         Attorneys for Plaintiffs/
26       Counter-Defendants

27

28                                          3

Winston & Strawn LLP
San Francisco, CA 94111-5894

ATTESTATION OF CONCURRENCE

I, Jennifer A. Golinveaux, declare under penalty of perjury that concurrence in the filing of this document has been obtained from counsel for Plaintiffs/Counter-Defendants.

By: /s/ Jennifer A. Golinveaux
Jennifer A. Golinveaux

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED:   May 31, 2007

_____
Hon. James Ware
United States District Judge

4

Winston & Strawn LLP
San Francisco, CA 94111-5894

SF:173478.2