| | |
|---|---|
| 1 | Michael S. Elkin  (admitted *pro hac vice*) |
|   | Thomas P. Lane  (admitted *pro hac vice*) |
| 2 | **WINSTON & STRAWN LLP** |
|   | 200 Park Avenue |
| 3 | New York, New York  10166 |
|   | melkin@winston.com |
| 4 | tlane@winston.com |
|   | (212) 294-6700 (Telephone) |
| 5 | (212) 294-4700 (Facsimile) |
| 6 | Rebecca Lawlor Calkins  SBN 195593 |
|   | Erin R. Ranahan  SBN 235286 |
| 7 | **WINSTON & STRAWN LLP** |
|   | 333 South Grand Avenue, 38th Floor |
| 8 | Los Angeles, CA 90071 |
|   | rcalkins@winston.com |
| 9 | eranahan@winston.com |
|   | (213) 615-1700 (Telephone) |
| 10 | (213) 615-1750 (Facsimile) |
| 11 | Andrew P. Bridges SBN 122761 |
|    | Jennifer A. Golinveaux, SBN 203056 |
| 12 | **WINSTON & STRAWN LLP** |
|    | 101 California Street |
| 13 | San Francisco, CA  94111 |
|    | (415) 591-1506 (Telephone) |
| 14 | (415) 591-1400 (Facsimile) |
| 15 | Attorneys for Defendants/Counterclaimants |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| GRATEFUL DEAD PRODUCTIONS, a California corporation, CADESTANSA LLC, a limited liability company on behalf of CARLOS SANTANA, an individual, JIMMY PAGE, an individual, ROBERT PLANT, an individual, JOHN PAUL JONES, an individual, RAYMOND MANZAREK, an individual, ROBBY KRIEGER, an individual, JOHN DENSMORE, an individual, PEARL COURSON, an individual, and GEORGE MORRISON, an individual, FANTALITY CORP., a Colorado corporation, SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership, BMG MUSIC, a New York partnership, and ARISTA RECORDS, a Delaware LLC, | **CASE NO. 06-07727 (JW PVT)**<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER REGARDING HEARING DATE AND BRIEFING SCHEDULE FOR PLAINTIFFS' MOTION TO COMPEL (1) SUBSTANTIVE RESPONSES TO PLAINTIFFS' FIRST SET OF INTERROGATORIES; AND (2) PRODUCTION OF DOCUMENTS AND THINGS**<br><br>Complaint Filed: February 5, 2007 |

LA:190456.2                                                  1

STIPULATION AND [PROPOSED] ORDER REGARDING HEARING DATE AND
BRIEFING SCHEDULE FOR PLAINTIFFS' MOTION TO COMPEL
Case No. 06-07727 (JW PVT)

Winston & Strawn LLP
333 South Grand Avenue
Los Angeles, CA 90071-1543

**Winston & Strawn LLP**
**333 South Grand Avenue**
**Los Angeles, CA 90071-1543**

1    Plaintiffs,                                  )
                                                  )
2    v.                                           )
                                                  )
3    WILLIAM E. SAGAN, an individual,             )
     NORTON LLC, a limited liability company,    )
4    and BILL GRAHAM ARCHIVES LLC, d/b/a         )
     WOLFGANG'S VAULT, a limited liability       )
5    company,                                     )
                                                  )
6            Defendants.                          )
                                                  )
7    _____        )
                                                  )
8    NORTON LLC, a limited liability company,    )
     BILL GRAHAM ARCHIVES LLC, d/b/a             )
9    WOLFGANG'S VAULT, a limited liability       )
     company, and WILLIAM E. SAGAN, an           )
10   individual,                                  )
                                                  )
11           Counterclaimants,                    )
                                                  )
12   v.                                           )
                                                  )
13   GRATEFUL DEAD PRODUCTIONS, a                )
     California corporation, CADESTANSA LLC, a  )
14   limited liability company on behalf of CARLOS)
     SANTANA, an individual, JIMMY PAGE, an     )
15   individual, ROBERT PLANT, an individual,    )
     JOHN PAUL JONES, an individual,             )
16   RAYMOND MANZAREK, an individual,            )
     ROBBY KRIEGER, an individual, JOHN         )
17   DENSMORE, an individual, PEARL              )
     COURSON, an individual, GEORGE              )
18   MORRISON, an individual, FANTALITY          )
     CORP., a Colorado corporation, SONY BMG    )
19   MUSIC ENTERTAINMENT, a Delaware             )
     general partnership, BMG MUSIC, a New York )
20   partnership, and ARISTA RECORDS, a          )
     Delaware LLC, ROBERT WEIR, an individual,  )
21   WARNER MUSIC GROUP CORP., a                )
     Delaware corporation, RHINO                 )
22   ENTERTAINMENT, its subsidiary, and         )
     BRAVADO INTERNATIONAL GROUP,                )
23   INC., a California corporation,             )
                                                  )
24           Counterclaim Defendants.             )
                                                  )
25                                                )
     _____        )
26

27

28   LA:190456.2                    2
     STIPULATION AND [PROPOSED] ORDER REGARDING HEARING DATE AND
     BRIEFING SCHEDULE FOR PLAINTIFFS' MOTION TO COMPEL
     Case No. 06-07727 (JW PVT)

1  The undersigned parties hereby stipulate and agree, subject to the approval of this Court, that
2  the hearing date for Plaintiffs' Motion to Compel (1) Substantive Responses to Plaintiffs' First Set of
3  Interrogatories; and (2) Production of Documents And Things (Docket #54), currently scheduled for
4  June 26, 2007, will be continued until July 10, 2007.

5  The undersigned parties further stipulate and agree that Defendants' Opposition papers shall
6  be filed on or before June 12, 2007, and Plaintiffs' reply papers shall be filed on or before June 26,
7  2007.

8  The parties are stipulating to continue the hearing date and this revised briefing schedule due
9  to scheduling conflicts. The parties have not requested any other time modifications with respect to
10 the present Motion. The requested scheduling adjustments will have no effect on the overall
11 schedule for this case.

Dated: June 7, 2007

| GIBSON, DUNN & CRUTCHER LLP | WINSTON & STRAWN LLP |
|---|---|
| By: /s/ Joshua A. Jessen | By: /s/ Erin R. Ranahan |
|     Joshua A. Jessen |     Erin R. Ranahan |

S. Ashlie Beringer
Joshua A. Jessen
Laura M. Sturges
1801 California Street, Suite 4200
Denver, Colorado 80202
(303) 298-5718
(303) 313-2868 (Facsimile)

Jeffrey H. Reeves
4 Park Plaza, Suite 1400
Irvine, California 92614-8557
(949) 451-3800
(949) 451-4220 (Facsimile)

Attorneys for Plaintiffs/
Counter-Defendants

333 South Grand Avenue, 38th Floor
Los Angeles, CA 90071
(213) 615-1700
(213) 615-1750 (Facsimile)

and

Andrew P. Bridges
Jennifer A. Golinveaux
101 California Street
San Francisco, California 94111
(415) 591-1506
(415) 591-1400 (Facsimile)

and

Michael S. Elkin
Thomas P. Lane
200 Park Avenue
New York, New York 10166
(212) 294-6700
(212) 294-4700 (Facsimile)

Attorneys for Defendants/
Counterclaimants

LA:190456.2                                 3

Winston & Strawn LLP
333 South Grand Avenue
Los Angeles, CA 90071-1543

ATTESTATION OF CONCURRENCE

I, Erin R. Ranahan , declare under penalty of perjury that concurrence in the filing of this document has been obtained from counsel for Plaintiffs/Counter-Defendants.

By:   /s/ Erin R. Ranahan
      Erin R. Ranahan

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: June 12, 2007

Hon. Patricia V. Trumbull
United States Magistrate Judge

LA:190456.2

4

STIPULATION AND [PROPOSED] ORDER REGARDING HEARING DATE AND
BRIEFING SCHEDULE FOR PLAINTIFFS' MOTION TO COMPEL
Case No. 06-07727 (JW PVT)

Winston & Strawn LLP
333 South Grand Avenue
Los Angeles, CA 90071-1543