Michael S. Elkin  (admitted *pro hac vice*)
Thomas P. Lane  (admitted *pro hac vice*)
**WINSTON & STRAWN LLP**
200 Park Avenue
New York, New York  10166
melkin@winston.com
tlane@winston.com
(212) 294-6700 (Telephone)
(212) 294-4700 (Facsimile)

Rebecca Lawlor Calkins  SBN 195593
Erin R. Ranahan  SBN 235286
**WINSTON & STRAWN LLP**
333 South Grand Avenue, 38th Floor
Los Angeles, CA 90071
rcalkins@winston.com
eranahan@winston.com
(213) 615-1700 (Telephone)
(213) 615-1750 (Facsimile)

Andrew P. Bridges  SBN 122761
Jennifer A. Golinveaux  SBN 203056
**WINSTON & STRAWN LLP**
101 California Street
San Francisco, CA  94111
(415) 591-1506 (Telephone)
(415) 591-1400 (Facsimile)

Attorneys for Defendants/Counterclaimants

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| GRATEFUL DEAD PRODUCTIONS, a California corporation, CADESTANSA LLC, a limited liability company on behalf of CARLOS SANTANA, an individual, JIMMY PAGE, an individual, ROBERT PLANT, an individual, JOHN PAUL JONES, an individual, RAYMOND MANZAREK, an individual, ROBBY KRIEGER, an individual, JOHN DENSMORE, an individual, PEARL COURSON, an individual, and GEORGE MORRISON, an individual, FANTALITY CORP., a Colorado corporation, SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership, BMG MUSIC, a New York partnership, and ARISTA RECORDS, a Delaware LLC, | Case No. 06-07727 (JW PVT)<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE FOR COMPLETION OF ADR PROCESS**<br><br>First Amended Complaint Filed: February 5, 2007 |

NY:1140838.2                                          1

| | |
|---|---|
| 1 | Plaintiffs, )
| | )
| 2 | vs. )
| | )
| 3 | WILLIAM E. SAGAN, an individual, )
| | NORTON LLC, a limited liability company, )
| 4 | and BILL GRAHAM ARCHIVES LLC, d/b/a )
| | WOLFGANG'S VAULT, a limited liability )
| 5 | company, )
| | )
| 6 | Defendants, )
| | )
| 7 | )
| | NORTON LLC, a limited liability company, )
| 8 | BILL GRAHAM ARCHIVES LLC, d/b/a )
| | WOLFGANG'S VAULT, a limited liability )
| 9 | company, and WILLIAM E. SAGAN, an )
| | individual, )
| 10 | )
| | Defendants, )
| 11 | )
| | GRATEFUL DEAD PRODUCTIONS, a )
| 12 | California corporation, CADESTANSA LLC, a )
| | limited liability company on behalf of CARLOS )
| 13 | SANTANA, an individual, JIMMY PAGE, an )
| | individual, ROBERT PLANT, an individual, )
| 14 | JOHN PAUL JONES, an individual, )
| | RAYMOND MANZAREK, an individual, )
| 15 | ROBBY KRIEGER, an individual, JOHN )
| | DENSMORE, an individual, PEARL )
| 16 | COURSON, an individual, GEORGE )
| | MORRISON, an individual, FANTALITY )
| 17 | CORP., a Colorado corporation, SONY BMG )
| | MUSIC ENTERTAINMENT, a Delaware )
| 18 | general partnership, BMG MUSIC, a New York )
| | partnership, and ARISTA RECORDS, a )
| 19 | Delaware LLC, ROBERT WEIR, an individual, )
| | WARNER MUSIC GROUP CORP., a )
| 20 | Delaware corporation, RHINO )
| | ENTERTAINMENT, its subsidiary, and )
| 21 | BRAVADO INTERNATIONAL GROUP, )
| | INC., a California corporation, )
| 22 | )
| | Counterclaim Defendants. )
| 23 | )
| 24 | //
| 25 | //
| 26 | //
| 27 | //
| 28 | //

*Winston & Strawn LLP*
*333 South Grand Avenue*
*Los Angeles, CA 90071-1543*

NY:1140838.2                                2

**STIPULATION AND [PROPOSED] ORDER**
Case No. 06-07727 (JW PVT)

The undersigned parties hereby stipulate to extend the deadline for completion of the Early Neutral Evaluation from November 15, 2007 to December 11, 2007. The continuance is needed to successfully coordinate the schedules of the numerous parties and counsel involved in the above-captioned action. The parties propose continuing the deadline to December 11, 2007, the day before which (December 10) all parties and counsel are available. Evaluator Beth Parker has confirmed that she is available on December 10 and amenable to this date.

The parties have requested no other extensions of time with respect to the Early Neutral Evaluation deadline, and the proposed December 11 deadline will not have any impact on the remainder of the schedule for this case.

Dated: October 15, 2007

| GIBSON, DUNN & CRUTCHER LLP | WINSTON & STRAWN LLP |
|---|---|
| By:  /s/ Jeffrey H. Reeves<br>Jeffrey H. Reeves | By:  /s/ Michael S. Elkin<br>Michael S. Elkin<br>Thomas P. Lane |
| 3161 Michelson Drive<br>Irvine, California 92612<br>(949) 451-3800<br>(949) 451-4220 (Facsimile) | 200 Park Avenue<br>New York, New York 10166<br>(212) 294-6700<br>(212) 294-4700 (Facsimile) |
| Attorneys for Plaintiffs/Counter-Defendants | Attorneys for Defendants/Counterclaimants |

Winston & Strawn LLP
333 South Grand Avenue
Los Angeles, CA 90071-1543

# **ORDER**

Pursuant to the Stipulation above, it is hereby ordered that the deadline for completion of the ADR Process shall be extended until December 11, 2007

Dated: __October 18, 2007__

_____
UNITED STATES DISTRICT JUDGE
JAMES WARE

Winston & Strawn LLP
333 South Grand Avenue
Los Angeles, CA 90071-1543

NY:1140838.2    2
**STIPULATION AND [PROPOSED] ORDER**
Case No. 06-07727 (JW PVT)