Jeffrey H. Reeves (SBN 156648)
Joshua A. Jessen (SBN 222831)
GIBSON, DUNN & CRUTCHER LLP
3161 Michelson Drive
Irvine, California 92612-4412
jreeves@gibsondunn.com
(949) 451-3800 (Telephone)
(949) 451-4220 (Facsimile)

and

S. Ashlie Beringer (admitted *pro hac vice*)
Laura M. Sturges (admitted *pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
1801 California Street, Suite 4200
Denver, Colorado 80202
aberinger@gibsondunn.com
(303) 298-5718 (Telephone)
(303) 313-2868 (Facsimile)

Attorneys for Plaintiffs and Counter-Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GRATEFUL DEAD PRODUCTIONS, a California corporation, CADESTANSA, LLC, a limited liability company on behalf of CARLOS SANTANA, an individual, JIMMY PAGE, an individual, ROBERT PLANT, an individual, JOHN PAUL JONES, an individual, RAYMOND MANZAREK, an individual, ROBBY KRIEGER, an individual, JOHN DENSMORE, an individual, PEARL COURSON, an individual, GEORGE MORRISON, an individual, FANTALITY CORP., a Colorado corporation, SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership, BMG MUSIC, a New York partnership, and ARISTA RECORDS, a Delaware LLC,<br><br>Plaintiffs,<br><br>v. | CASE NO. 06-07727 (JW) (PVT)<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING COUNTER-DEFENDANTS' FIRST EXTENSION OF TIME TO RESPOND TO COUNTERCLAIMANTS' FIRST AMENDED COUNTERCLAIMS** |

Gibson, Dunn & Crutcher LLP

STIPULATION AND [PROPOSED] ORDER REGARDING COUNTER-DEFENDANTS' FIRST EXTENSION OF TIME TO RESPOND TO COUNTERCLAIMANTS' FIRST AMENDED COUNTERCLAIMS – 06-07727 (JW) (PVT)

| | |
|---|---|
| 1<br>2<br>3<br>4 | WILLIAM E. SAGAN, an individual, NORTON LLC, a limited liability company, and BILL GRAHAM ARCHIVES LLC, d/b/a WOLFGANG'S VAULT, a limited liability company, |
| 5 | Defendants. |
| 6<br>7<br>8 | NORTON LLC, a limited liability company, BILL GRAHAM ARCHIVES LLC, d/b/a WOLFGANG'S VAULT, a limited liability company, and WILLIAM E. SAGAN, an individual, |
| 9 | Counterclaimants, |
| 10 | v. |
| 11<br>12<br>13<br>14<br>15<br>16<br>17<br>18<br>19<br>20<br>21<br>22 | GRATEFUL DEAD PRODUCTIONS, a California corporation, CADESTANSA LLC, a limited liability company on behalf of CARLOS SANTANA, an individual, JIMMY PAGE, an individual, ROBERT PLANT, an individual, JOHN PAUL JONES, an individual, RAYMOND MANZAREK, an individual, ROBBY KRIEGER, an individual, JOHN DENSMORE, an individual, PEARL COURSON, an individual, GEORGE MORRISON, an individual, FANTALITY CORP., a Colorado corporation, SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership, BMG MUSIC, a New York partnership, and ARISTA RECORDS, a Delaware LLC, ROBERT WEIR, an individual, WARNER MUSIC GROUP CORP., a Delaware corporation, RHINO ENTERTAINMENT, its subsidiary, and BRAVADO INTERNATIONAL GROUP, INC., a California corporation, |
| 23 | Counterclaim Defendants. |

Gibson, Dunn & Crutcher LLP

STIPULATION AND [PROPOSED] ORDER REGARDING COUNTER-DEFENDANTS' FIRST EXTENSION OF TIME TO RESPOND TO COUNTERCLAIMANTS' FIRST AMENDED COUNTERCLAIMS – 06-07727 (JW) (PVT)

1  IT IS HEREBY STIPULATED AND AGREED, by the parties through their respective counsel, that Counter-Defendants Grateful Dead Productions; Cadestansa LLC, a limited liability company on behalf of Carlos Santana; Jimmy Page; Robert Plant; John Paul Jones; Raymond Manzarek; Robby Krieger; John Densmore; Pearl Courson; George Morrison; Fantality Corp.; Sony BMG Music Entertainment; BMG Music; Arista Records; Robert Weir; Warner Music Group Corp.; Rhino Entertainment Company; and Bravado International Group, Inc. shall have a first extension of time of 14 days, up to and including December 3, 2007, to answer, move, or otherwise respond to the First Amended Counterclaims filed by Counterclaimants William E. Sagan; Norton LLC; and Bill Graham Archives LLC d/b/a Wolfgang's Vault.

Good cause exists for extending the time by which the Counter-Defendants must move, answer, or otherwise respond to Counterclaimants' First Amended Counterclaims. In their First Amended Counterclaims, which Counterclaimants filed after this Court granted in part and denied in part Counter-Defendants' initial motions to dismiss (Docket #123), Counterclaimants make numerous factual allegations and assert eleven counterclaims, which allegations and counterclaims the Counter-Defendants require additional time to evaluate. Additionally, the 14-day extension of time requested in the present Stipulation will have no material effect on the schedule for this case.

The Counter-Defendants have not requested any prior extensions of time to respond to Counterclaimants' First Amended Counterclaims. Pursuant to Local Rule 6-2(a), other time modifications that have been entered in this case are set forth in the accompanying Declaration of Joshua A. Jessen.

DATED: November 16, 2007        Respectfully submitted,

GIBSON, DUNN & CRUTCHER LLP
Jeffrey H. Reeves
S. Ashlie Beringer
Joshua A. Jessen
Laura M. Sturges

By:       /s/
        Jeffrey H. Reeves

Attorneys for Plaintiffs and Counter-Defendants

DATED: November 16, 2007        WINSTON & STRAWN LLP

Gibson, Dunn & Crutcher LLP

1
STIPULATION AND [PROPOSED] ORDER REGARDING COUNTER-DEFENDANTS' FIRST EXTENSION OF TIME TO RESPOND TO COUNTERCLAIMANTS' FIRST AMENDED COUNTERCLAIMS – 06-07727 (JW) (PVT)

Michael S. Elkin
Thomas P. Lane
Rebecca Lawlor Calkins
Erin R. Ranahan

By: _____/s/_____
        Thomas P. Lane

Attorneys for Defendants and Counterclaimants

In accordance with Civil L.R. 5-4 and General Order No. 45(X)(B), I, Joshua A. Jessen, attest under penalty of perjury under the laws of the United States of America that I have the concurrence of the other signatories to this document.

                                        _____s/ Joshua A. Jessen_____
                                               Joshua A. Jessen

Gibson, Dunn & Crutcher LLP

2

STIPULATION AND [PROPOSED] ORDER REGARDING COUNTER-DEFENDANTS' FIRST EXTENSION OF TIME TO RESPOND TO COUNTERCLAIMANTS' FIRST AMENDED COUNTERCLAIMS – 06-07727 (JW) (PVT)

## **ORDER**

THE PARTIES HAVING SO STIPULATED, AND GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT Counter-Defendants Grateful Dead Productions; Cadestansa LLC, a limited liability company on behalf of Carlos Santana; Jimmy Page; Robert Plant; John Paul Jones; Raymond Manzarek; Robby Krieger; John Densmore; Pearl Courson; George Morrison; Fantality Corp.; Sony BMG Music Entertainment; BMG Music; Arista Records; Robert Weir; Warner Music Group Corp.; Rhino Entertainment Company; and Bravado International Group, Inc. shall have up to and including December 3, 2007, to answer, move, or otherwise respond to the First Amended Counterclaims filed by Counterclaimants William E. Sagan; Norton LLC; and Bill Graham Archives LLC d/b/a Wolfgang's Vault.

Dated: November 19, 2007

_____
Honorable James Ware
U.S. District Judge

Gibson, Dunn & Crutcher LLP

3

STIPULATION AND [PROPOSED] ORDER REGARDING COUNTER-DEFENDANTS' FIRST EXTENSION OF TIME TO RESPOND TO COUNTERCLAIMANTS' FIRST AMENDED COUNTERCLAIMS – 06-07727 (JW) (PVT)