| | |
|---|---|
| 1 | Michael S. Elkin (admitted *pro hac vice*) |
| | Thomas P. Lane (admitted *pro hac vice*) |
| 2 | **WINSTON & STRAWN LLP** |
| | 200 Park Avenue |
| 3 | New York, New York  10166 |
| | melkin@winston.com |
| 4 | tlane@winston.com |
| | (212) 294-6700 (Telephone) |
| 5 | (212) 294-4700 (Facsimile) |
| 6 | Rebecca Lawlor Calkins  SBN 195593 |
| | Erin R. Ranahan  SBN 235286 |
| 7 | **WINSTON & STRAWN LLP** |
| | 333 South Grand Avenue, 38th Floor |
| 8 | Los Angeles, CA 90071 |
| | rcalkins@winston.com |
| 9 | eranahan@winston.com |
| | (213) 615-1700 (Telephone) |
| 10 | (213) 615-1750 (Facsimile) |
| 11 | Andrew P. Bridges  SBN 122761 |
| | Jennifer A. Golinveaux  SBN 203056 |
| 12 | **WINSTON & STRAWN LLP** |
| | 101 California Street |
| 13 | San Francisco, CA  94111 |
| | (415) 591-1506 (Telephone) |
| 14 | (415) 591-1400 (Facsimile) |
| 15 | Attorneys for Defendants/Counterclaimants |

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| GRATEFUL DEAD PRODUCTIONS, a California corporation, CADESTANSA LLC, a limited liability company on behalf of CARLOS SANTANA, an individual, JIMMY PAGE, an individual, ROBERT PLANT, an individual, JOHN PAUL JONES, an individual, RAYMOND MANZAREK, an individual, ROBBY KRIEGER, an individual, JOHN DENSMORE, an individual, PEARL COURSON, an individual, and GEORGE MORRISON, an individual, FANTALITY CORP., a Colorado corporation, SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership, BMG MUSIC, a New York partnership, and ARISTA RECORDS, a Delaware LLC, | Case No. 06-07727 (JW PVT)<br><br>[Discovery Matter]<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE FOR DEFENDANTS TO RESPOND TO PLAINTIFFS' NOVEMBER 5, 2007 LETTER FROM NOVEMBER 27, 2007 TO DECEMBER 18, 2007**<br><br>Second Amended Complaint Filed: October 18, 2007 |

LA:201014.2                                                          1

**STIPULATION AND [PROPOSED] ORDER**
Case No. 06-07727 (JW PVT)

Winston & Strawn LLP
333 South Grand Avenue
Los Angeles, CA 90071-1543

| | |
|---|---|
| 1 | Plaintiffs, )
| 2 | vs. )
| 3 | WILLIAM E. SAGAN, an individual, NORTON LLC, a limited liability company, and BILL GRAHAM ARCHIVES LLC, d/b/a WOLFGANG'S VAULT, a limited liability company, )
| 6 | Defendants, )
| 7 | )
| 8 | NORTON LLC, a limited liability company, BILL GRAHAM ARCHIVES LLC, d/b/a WOLFGANG'S VAULT, a limited liability company, and WILLIAM E. SAGAN, an individual, )
| 10 | Defendants, )
| 11 | GRATEFUL DEAD PRODUCTIONS, a California corporation, CADESTANSA LLC, a limited liability company on behalf of CARLOS SANTANA, an individual, JIMMY PAGE, an individual, ROBERT PLANT, an individual, JOHN PAUL JONES, an individual, RAYMOND MANZAREK, an individual, ROBBY KRIEGER, an individual, JOHN DENSMORE, an individual, PEARL COURSON, an individual, GEORGE MORRISON, an individual, FANTALITY CORP., a Colorado corporation, SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership, BMG MUSIC, a New York partnership, and ARISTA RECORDS, a Delaware LLC, ROBERT WEIR, an individual, WARNER MUSIC GROUP CORP., a Delaware corporation, RHINO ENTERTAINMENT, its subsidiary, and BRAVADO INTERNATIONAL GROUP, INC., a California corporation, )
| 22 | Counterclaim Defendants. )
| 24 | //
| 25 | //
| 26 | //
| 27 | //
| 28 | //

LA:201014.2                                    2

**STIPULATION AND [PROPOSED] ORDER**
Case No. 06-07727 (JW PVT)

The undersigned parties hereby stipulate to extend the deadline (set forth in the Court's November 2, 2007 Order) for Defendants to respond to Plaintiffs' November 5, 2007 letter from November 27, 2007 to December 18, 2007.

On Tuesday, November 20, 2007, Plaintiffs and Defendants submitted jointly a Stipulation and [Proposed] Order to Stay Case Until April 1, 2008 to Allow Parties to Devote Time and Energy to Mediate Dispute, which includes a request to extend the November 27, 2007 deadline. If, however, that [Proposed] Order is not entered by the Court, the parties request this proposed twenty-one day extension, which will have no impact on the remainder of the schedule for this case.

Good cause exists for extending the time by which the Defendants must respond to the November 5, 2007 letter because Defendants require additional time to conduct further searches for and respond fully to the twenty-four items listed in Plaintiffs' November 5, 2007 letter. Pursuant to Local Rule 6-2(a), other time modifications that have been entered in this case are set forth in the supporting Declaration of Erin R. Ranahan, filed concurrently herewith.

Dated:  November 26, 2007

| GIBSON, DUNN & CRUTCHER LLP | WINSTON & STRAWN LLP |
|---|---|
| By:     /s/ Joshua A. Jessen<br>Jeffrey H. Reeves<br>Joshua A. Jessen<br>3161 Michelson Drive<br>Irvine, California 92612<br>(949) 451-3800<br>(949) 451-4220 (Facsimile)<br><br>Attorneys for Plaintiffs/Counter-Defendants | By:   /s/ Erin R. Ranahan<br>Rebecca Lawlor Calkins<br>Erin R. Ranahan<br>333 South Grand Avenue, 38th Floor<br>Los Angeles, CA 90071<br>(213) 615-1700 (Telephone)<br>(213) 615-1750 (Facsimile)<br><br>Michael S. Elkin<br>Thomas P. Lane<br>200 Park Avenue<br>New York, New York 10166<br>(212) 294-6700<br>(212) 294-4700 (Facsimile)<br><br>Attorneys for Defendants/Counterclaimants |

LA:201014.2                                1

**STIPULATION AND [PROPOSED] ORDER**
Case No. 06-07727 (JW PVT)

1  In accordance with Civil L.R. 5-4 and General Order No. 45(X)(B), I, Erin R. Ranahan, attest
2  under penalty of perjury under the laws of the United States of America that I have the concurrence
3  of the other signatories to this document.

    /s/ Erin R. Ranahan
    Erin R. Ranahan

Winston & Strawn LLP
333 South Grand Avenue
Los Angeles, CA 90071-1543

**ORDER**

Pursuant to the Stipulation above, it is hereby ordered that the deadline for Defendants to respond to Plaintiffs' November 5, 2007 letter shall be extended from November 27, 2007 until and including December 18, 2007.

Dated: 11/28/07

_____
UNITED STATES DISTRICT COURT
MAGISTRATE JUDGE PATRICIA V. TRUMBULL

Winston & Strawn LLP
333 South Grand Avenue
Los Angeles, CA 90071-1543

LA:201014.2     3

**STIPULATION AND [PROPOSED] ORDER**
Case No. 06-07727 (JW PVT)