Jeffrey H. Reeves (SBN 156648)
Joshua A. Jessen (SBN 222831)
GIBSON, DUNN & CRUTCHER LLP
3161 Michelson Drive
Irvine, California 92612-4412
jreeves@gibsondunn.com
(949) 451-3800 (Telephone)
(949) 451-4220 (Facsimile)

and

S. Ashlie Beringer (admitted *pro hac vice*)
Laura M. Sturges (admitted *pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
1801 California Street, Suite 4200
Denver, Colorado 80202
aberinger@gibsondunn.com
(303) 298-5718 (Telephone)
(303) 313-2868 (Facsimile)

Attorneys for Plaintiffs and Counter-Defendants

**IT IS SO ORDERED**
*/s/ James Ware*
Judge James Ware

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GRATEFUL DEAD PRODUCTIONS, a California corporation, CADESTANSA, LLC, a limited liability company on behalf of CARLOS SANTANA, an individual, JIMMY PAGE, an individual, ROBERT PLANT, an individual, JOHN PAUL JONES, an individual, RAYMOND MANZAREK, an individual, ROBBY KRIEGER, an individual, JOHN DENSMORE, an individual, PEARL COURSON, an individual, GEORGE MORRISON, an individual, FANTALITY CORP., a Colorado corporation, SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership, BMG MUSIC, a New York partnership, and ARISTA RECORDS, a Delaware LLC,<br><br>Plaintiffs,<br><br>v. | CASE NO. 06-07727 (JW) (PVT)<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER REGARDING COUNTER-DEFENDANTS' SECOND EXTENSION OF TIME TO RESPOND TO COUNTERCLAIMANTS' FIRST AMENDED COUNTERCLAIMS** |

Gibson, Dunn & Crutcher LLP

STIPULATION AND [PROPOSED] ORDER REGARDING COUNTER-DEFENDANTS' SECOND EXTENSION OF TIME TO RESPOND TO COUNTERCLAIMANTS' FIRST AMENDED COUNTERCLAIMS – 06-07727 (JW) (PVT)

| | |
|---|---|
| 1<br>2<br>3<br>4 | WILLIAM E. SAGAN, an individual, NORTON LLC, a limited liability company, and BILL GRAHAM ARCHIVES LLC, d/b/a WOLFGANG'S VAULT, a limited liability company, |
| 5 | Defendants. |
| 6<br>7<br>8 | NORTON LLC, a limited liability company, BILL GRAHAM ARCHIVES LLC, d/b/a WOLFGANG'S VAULT, a limited liability company, and WILLIAM E. SAGAN, an individual, |
| 9 | Counterclaimants, |
| 10 | v. |
| 11<br>12<br>13<br>14<br>15<br>16<br>17<br>18<br>19<br>20<br>21<br>22 | GRATEFUL DEAD PRODUCTIONS, a California corporation, CADESTANSA LLC, a limited liability company on behalf of CARLOS SANTANA, an individual, JIMMY PAGE, an individual, ROBERT PLANT, an individual, JOHN PAUL JONES, an individual, RAYMOND MANZAREK, an individual, ROBBY KRIEGER, an individual, JOHN DENSMORE, an individual, PEARL COURSON, an individual, GEORGE MORRISON, an individual, FANTALITY CORP., a Colorado corporation, SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership, BMG MUSIC, a New York partnership, and ARISTA RECORDS, a Delaware LLC, ROBERT WEIR, an individual, WARNER MUSIC GROUP CORP., a Delaware corporation, RHINO ENTERTAINMENT, its subsidiary, and BRAVADO INTERNATIONAL GROUP, INC., a California corporation, |
| 23 | Counterclaim Defendants. |

Gibson, Dunn & Crutcher LLP

STIPULATION AND [PROPOSED] ORDER REGARDING COUNTER-DEFENDANTS' SECOND EXTENSION OF TIME TO RESPOND TO COUNTERCLAIMANTS' FIRST AMENDED COUNTERCLAIMS – 06-07727 (JW) (PVT)

1    IT IS HEREBY STIPULATED AND AGREED, by the parties through their respective counsel, that Counter-Defendants Grateful Dead Productions; Cadestansa LLC, a limited liability company on behalf of Carlos Santana; Jimmy Page; Robert Plant; John Paul Jones; Raymond Manzarek; Robby Krieger; John Densmore; Pearl Courson; George Morrison; Fantality Corp.; Sony BMG Music Entertainment; BMG Music; Arista Records; Robert Weir; Warner Music Group Corp.; Rhino Entertainment Company; and Bravado International Group, Inc. shall have a second extension of time of 15 days, up to and including December 18, 2007, to answer, move, or otherwise respond to the First Amended Counterclaims filed by Counterclaimants William E. Sagan; Norton LLC; and Bill Graham Archives LLC d/b/a Wolfgang's Vault.

Good cause exists for extending the time by which the Counter-Defendants must move, answer, or otherwise respond to Counterclaimants' First Amended Counterclaims. On November 20, 2007, the parties filed a Stipulation and [Proposed] Order To Stay Case Until April 1, 2008 To Allow Parties To Devote Time And Energy To Mediate Dispute ("Stipulation to Stay Case"). *See* Docket #165. If the Court enters the Stipulation to Stay Case, the deadline for Counter-Defendants to respond to Counterclaimants' First Amended Counterclaims will be adjusted per the terms of that Stipulation, as will several other deadlines. Currently, however, Counter-Defendants have only until December 3, 2007 to respond to the First Amended Counterclaims. If the Court does not enter the Stipulation to Stay Case prior to December 3, 2007, Counter-Defendants will require additional time to evaluate their response to the First Amended Counterclaims, which contain numerous factual allegations and eleven counterclaims. Therefore, the parties agree, subject to the approval of this Court, that Counter-Defendants should have an additional 15 days to move, answer, or otherwise respond to Counterclaimants' First Amended Counterclaims. This extension will have no material effect on the schedule for this case.

The Counter-Defendants have requested, and this Court has approved, one previous extension of time for Counter-Defendants to respond to Counterclaimants' First Amended Counterclaims. *See* Docket #164 (approving the parties' stipulation granting the Counter-Defendants a first extension of time of 14 days – up to and including December 3, 2007 – to move, answer, or otherwise respond to Counterclaimants' First Amended Counterclaims). Pursuant to Local Rule 6-2(a), other time

Gibson, Dunn & Crutcher LLP

1
STIPULATION AND [PROPOSED] ORDER REGARDING COUNTER-DEFENDANTS' SECOND EXTENSION OF TIME TO RESPOND TO COUNTERCLAIMANTS' FIRST AMENDED COUNTERCLAIMS – 06-07727 (JW) (PVT)

modifications that have been entered in this case are set forth in the accompanying Declaration of Joshua A. Jessen.

DATED: November 29, 2007                Respectfully submitted,

                                              GIBSON, DUNN & CRUTCHER LLP
Jeffrey H. Reeves
S. Ashlie Beringer
Joshua A. Jessen
Laura M. Sturges

By:        /s/
        Joshua A. Jessen

Attorneys for Plaintiffs and Counter-Defendants

DATED: November 29, 2007                WINSTON & STRAWN LLP
Michael S. Elkin
Thomas P. Lane
Rebecca Lawlor Calkins
Erin R. Ranahan

By:        /s/
        Erin R. Ranahan

Attorneys for Defendants and Counterclaimants

In accordance with Civil L.R. 5-4 and General Order No. 45(X)(B), I, Joshua A. Jessen, attest under penalty of perjury under the laws of the United States of America that I have the concurrence of the other signatories to this document.

                                                                s/ Joshua A. Jessen
                                                                 Joshua A. Jessen

Gibson, Dunn & Crutcher LLP

2

STIPULATION AND [PROPOSED] ORDER REGARDING COUNTER-DEFENDANTS' SECOND EXTENSION OF TIME TO RESPOND TO COUNTERCLAIMANTS' FIRST AMENDED COUNTERCLAIMS – 06-07727 (JW) (PVT)

**ORDER**

THE PARTIES HAVING SO STIPULATED, AND GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT Counter-Defendants Grateful Dead Productions; Cadestansa LLC, a limited liability company on behalf of Carlos Santana; Jimmy Page; Robert Plant; John Paul Jones; Raymond Manzarek; Robby Krieger; John Densmore; Pearl Courson; George Morrison; Fantality Corp.; Sony BMG Music Entertainment; BMG Music; Arista Records; Robert Weir; Warner Music Group Corp.; Rhino Entertainment Company; and Bravado International Group, Inc. shall have up to and including December 18, 2007, to answer, move, or otherwise respond to the First Amended Counterclaims filed by Counterclaimants William E. Sagan; Norton LLC; and Bill Graham Archives LLC d/b/a Wolfgang's Vault.

The Court reminds the parties of the Case Management Conference currently set for **December 17, 2007 at 10 A.M**. The parties shall file a Joint Case Management Statement by December 7, 2007.

Dated: December 4, 2007

_____
Honorable James Ware
U.S. District Judge

3

Gibson, Dunn & Crutcher LLP

STIPULATION AND [PROPOSED] ORDER REGARDING COUNTER-DEFENDANTS' SECOND EXTENSION OF TIME TO RESPOND TO COUNTERCLAIMANTS' FIRST AMENDED COUNTERCLAIMS – 06-07727 (JW) (PVT)