Michael S. Elkin  (admitted *pro hac vice*)
Thomas P. Lane  (admitted *pro hac vice*)
**WINSTON & STRAWN LLP**
200 Park Avenue
New York, New York  10166
melkin@winston.com
tlane@winston.com
(212) 294-6700 (Telephone)
(212) 294-4700 (Facsimile)

Rebecca Lawlor Calkins  SBN 195593
Erin R. Ranahan  SBN 235286
**WINSTON & STRAWN LLP**
333 South Grand Avenue, 38th Floor
Los Angeles, CA 90071
rcalkins@winston.com
eranahan@winston.com
(213) 615-1700 (Telephone)
(213) 615-1750 (Facsimile)

Andrew P. Bridges  SBN 122761
Jennifer A. Golinveaux  SBN 203056
**WINSTON & STRAWN LLP**
101 California Street
San Francisco, CA  94111
(415) 591-1506 (Telephone)
(415) 591-1400 (Facsimile)

Attorneys for Defendants/Counterclaimants



IT IS SO ORDERED
Judge James Ware

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GRATEFUL DEAD PRODUCTIONS, a California corporation, CADESTANSA LLC, a limited liability company on behalf of CARLOS SANTANA, an individual, JIMMY PAGE, an individual, ROBERT PLANT, an individual, JOHN PAUL JONES, an individual, RAYMOND MANZAREK, an individual, ROBBY KRIEGER, an individual, JOHN DENSMORE, an individual, PEARL COURSON, an individual, and GEORGE MORRISON, an individual, FANTALITY CORP., a Colorado corporation, SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership, BMG MUSIC, a New York partnership, and ARISTA RECORDS, a Delaware LLC, | Case No. 06-07727 (JW PVT)<br><br>JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE FOR DEFENDANTS TO PRODUCE RECORDINGS FROM JUNE 9, 2008 TO JULY 23, 2008<br><br>Second Amended Complaint Filed: October 18, 2007 |

LA:214745.1                                                  1

Winston & Strawn LLP
333 South Grand Avenue
Los Angeles, CA 90071-1543

| | |
|---|---|
| 1 | Plaintiffs, )
| 2 | vs. )
| 3 | WILLIAM E. SAGAN, an individual, )
| 4 | NORTON LLC, a limited liability company, and BILL GRAHAM ARCHIVES LLC, d/b/a WOLFGANG'S VAULT, a limited liability company, )
| 6 | Defendants, )
| 7 | |
| 8 | NORTON LLC, a limited liability company, BILL GRAHAM ARCHIVES LLC, d/b/a WOLFGANG'S VAULT, a limited liability company, and WILLIAM E. SAGAN, an individual, )
| 10 | Defendants, )
| 11 | GRATEFUL DEAD PRODUCTIONS, a California corporation, CADESTANSA LLC, a limited liability company on behalf of CARLOS SANTANA, an individual, JIMMY PAGE, an individual, ROBERT PLANT, an individual, JOHN PAUL JONES, an individual, RAYMOND MANZAREK, an individual, ROBBY KRIEGER, an individual, JOHN DENSMORE, an individual, PEARL COURSON, an individual, GEORGE MORRISON, an individual, FANTALITY CORP., a Colorado corporation, SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership, BMG MUSIC, a New York partnership, and ARISTA RECORDS, a Delaware LLC, ROBERT WEIR, an individual, WARNER MUSIC GROUP CORP., a Delaware corporation, RHINO ENTERTAINMENT, its subsidiary, and BRAVADO INTERNATIONAL GROUP, INC., a California corporation, )
| 22 | Counterclaim Defendants. )

24  //
25  //
26  //
27  //
28  //

LA:214745.1                                2

**STIPULATION AND [PROPOSED] ORDER**
Case No. 06-07727 (JW PVT)

WHEREAS, on or about November 20, 2007, all parties to this matter filed a Stipulation and Order to Stay Case Until April 1, 2008 to Allow Parties to Devote Time and Energy to Mediate Dispute (Docket #165);

WHEREAS on or about December 7, 2007, the Court made the parties' Stipulation the Order of the Court, as modified (Docket #174);

WHEREAS on or about April 1, 2008, all parties to this matter filed a Stipulation and Order to Continue Stay of Case Until June 2, 2008 to Allow Parties to Devote Additional Time and Energy to Mediate Dispute (Docket #175);

WHEREAS on or about April 9, 2008, the Court made the parties' Stipulation the Order of the Court, as modified (Docket # 176);

WHEREAS the parties have not yet settled the action, but continue to work towards a settlement;

WHEREAS Judge Trumbull's November 2, 2007 Order ("November 2 Order") required Defendants to produce certain recordings and audiovisual recordings;

WHEREAS all parties reserve their rights with respect to the November 2 Order and its scope and intent;

WHEREAS the April 9, 2008 Order set forth a June 9, 2008 deadline for Defendants to produce all audio and audiovisual recordings required by the November 2 Order;

WHEREAS due to the volume and size of the recordings, the parties have agreed to extend this deadline from June 9, 2008 until July 23, 2008;

//

//

LA:214745.1                                       1
**STIPULATION AND [PROPOSED] ORDER**
Case No. 06-07727 (JW PVT)

WHEREAS it is HEREBY STIPULATED AND AGREED, by the parties through their respective counsel, and subject to the approval of this Court, as follows:

1. The deadline for Defendants to produce all audio and audiovisual recordings required by the November 2 Order shall be extended from June 9, 2008, until and including July 23, 2008.

Pursuant to Local Rule 6-2(a), other time modifications that have been entered in this case are set forth in the supporting Declaration of Erin R. Ranahan, filed concurrently herewith.

Dated: June 4, 2008

| GIBSON, DUNN & CRUTCHER LLP | WINSTON & STRAWN LLP |
|---|---|
| By:   /s/ Jeffrey H. Reeves<br>Jeffrey H. Reeves<br>Joshua A. Jessen<br>3161 Michelson Drive<br>Irvine, California 92612<br>(949) 451-3800<br>(949) 451-4220 (Facsimile)<br><br>Attorneys for Plaintiffs/Counter-Defendants | By:   /s/ Erin R. Ranahan<br>Rebecca Lawlor Calkins<br>Erin R. Ranahan<br>333 South Grand Avenue, 38th Floor<br>Los Angeles, CA 90071<br>(213) 615-1700 (Telephone)<br>(213) 615-1750 (Facsimile)<br><br>Michael S. Elkin<br>Thomas P. Lane<br>200 Park Avenue<br>New York, New York  10166<br>(212) 294-6700<br>(212) 294-4700 (Facsimile)<br><br>Attorneys for Defendants/Counterclaimants |

In accordance with Civil L.R. 5-4 and General Order No. 45(X)(B), I, Erin R. Ranahan, attest under penalty of perjury under the laws of the United States of America that I have the concurrence of the other signatories to this document.

　　　　　　　　　　　　　　　　 /s/ Erin R. Ranahan
　　　　　　　　　　　　　　　　Erin R. Ranahan

**ORDER**

Pursuant to the Stipulation above, it is hereby ordered that the deadline for Defendants to produce all audio and audiovisual recordings required shall be extended from June 9, 2008, until and including July 23, 2008.

Dated: _____June 6, 2008_____

_____
JUDGE JAMES WARE
UNITED STATES DISTRICT COURT