| | |
|---|---|
| 1 | Michael S. Elkin  (admitted *pro hac vice*)<br>Thomas P. Lane  (admitted *pro hac vice*) |
| 2 | **WINSTON & STRAWN LLP**<br>200 Park Avenue |
| 3 | New York, New York  10166<br>melkin@winston.com |
| 4 | tlane@winston.com<br>(212) 294-6700 (Telephone) |
| 5 | (212) 294-4700 (Facsimile) |
| 6 | Rebecca Lawlor Calkins  SBN 195593<br>Erin R. Ranahan  SBN 235286 |
| 7 | **WINSTON & STRAWN LLP**<br>333 South Grand Avenue, 38th Floor |
| 8 | Los Angeles, CA 90071<br>rcalkins@winston.com |
| 9 | eranahan@winston.com<br>(213) 615-1700 (Telephone) |
| 10 | (213) 615-1750 (Facsimile) |
| 11 | Attorneys for Defendants/Counterclaimants |



IT IS SO ORDERED
Judge James Ware

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| 16 | GRATEFUL DEAD PRODUCTIONS, a California corporation, CADESTANSA LLC, a limited liability company on behalf of CARLOS SANTANA, an individual, JIMMY PAGE, an individual, ROBERT PLANT, an individual, JOHN PAUL JONES, an individual, RAYMOND MANZAREK, an individual, ROBBY KRIEGER, an individual, JOHN DENSMORE, an individual, PEARL COURSON, an individual, and GEORGE MORRISON, an individual, FANTALITY CORP., a Colorado corporation, SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership, BMG MUSIC, a New York partnership, and ARISTA RECORDS, a Delaware LLC,<br><br>        Plaintiffs,<br><br>    vs.<br><br>WILLIAM E. SAGAN, an individual, NORTON LLC, a limited liability company, and BILL GRAHAM ARCHIVES LLC, d/b/a WOLFGANG'S VAULT, a limited liability | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | **Case No. 06-07727 (JW PVT)**<br><br>**STIPULATION AND [PROPOSED] ORDER TO REMOVE CASE FROM NORTHERN DISTRICT ADR PROGRAM**<br><br>Second Amended Complaint Filed: October 18, 2007 |

LA:212950.1                                1

Winston & Strawn LLP
333 South Grand Avenue
Los Angeles, CA 90071-1543

| | |
|---|---|
| 1 | company, ) |
| | ) |
| 2 |         Defendants, ) |
| | ) |
| 3 | _____ ) |
| | ) |
| 4 | NORTON LLC, a limited liability company, ) |
| | BILL GRAHAM ARCHIVES LLC, d/b/a ) |
| 5 | WOLFGANG'S VAULT, a limited liability ) |
| | company, and WILLIAM E. SAGAN, an ) |
| 6 | individual, ) |
| | ) |
| 7 |         Defendants, ) |
| | ) |
| 8 | GRATEFUL DEAD PRODUCTIONS, a ) |
| | California corporation, CADESTANSA LLC, a ) |
| 9 | limited liability company on behalf of CARLOS ) |
| | SANTANA, an individual, JIMMY PAGE, an ) |
| 10 | individual, ROBERT PLANT, an individual, ) |
| | JOHN PAUL JONES, an individual, ) |
| 11 | RAYMOND MANZAREK, an individual, ) |
| | ROBBY KRIEGER, an individual, JOHN ) |
| 12 | DENSMORE, an individual, PEARL ) |
| | COURSON, an individual, GEORGE ) |
| 13 | MORRISON, an individual, FANTALITY ) |
| | CORP., a Colorado corporation, SONY BMG ) |
| 14 | MUSIC ENTERTAINMENT, a Delaware ) |
| | general partnership, BMG MUSIC, a New York ) |
| 15 | partnership, and ARISTA RECORDS, a ) |
| | Delaware LLC, ROBERT WEIR, an individual, ) |
| 16 | WARNER MUSIC GROUP CORP., a ) |
| | Delaware corporation, RHINO ) |
| 17 | ENTERTAINMENT, its subsidiary, and ) |
| | BRAVADO INTERNATIONAL GROUP, ) |
| 18 | INC., a California corporation, ) |
| | ) |
| 19 |         Counterclaim Defendants. ) |
| | _____ ) |
| 20 | // |
| 21 | // |
| 22 | // |
| 23 | // |
| 24 | // |
| 25 | // |
| 26 | // |
| 27 | // |
| 28 | // |

1  The undersigned parties hereby stipulate to remove the above-referenced matter from the
2  Northern District Alternative Dispute Resolution Program.

3

4  On or about November 20, 2007, the parties to this matter filed a Stipulation and [Proposed]
5  Order to Stay Case Until April 1, 2008 to Allow Parties To Devote Time And Energy to Mediate
6  Dispute (Docket #165);

7

8  On or about December 7, 2007, this Court made the parties' Stipulation the Order of the
9  Court, as modified (Docket #174);

10

11  On February 20, 2008 and February 21, 2008, in compliance with the Stipulation and Order
12  to Stay Case Until April 1, 2008 (Docket #174), the parties engaged in two full days of private
13  mediation with Antonio C. Piazza in San Francisco, California;

14

15  On or about April 1, 2008, the parties filed a Stipulation and [Proposed] Order to Continue
16  Stay of Case Until June 2, 2008 to Allow Parties to Devote Additional Time and Energy To Mediate
17  Dispute (Docket #175);

18

19  On or about April 9, 2008, this Court made the parties' Stipulation the Order of the Court, as
20  modified (Docket #176);

21

22  The parties devoted significant time and resources to the two day mediation and continue to
23  devote significant time and energy to the mediation process, however the parties have not finalized
24  the mediation process or reached a final resolution of this action;

25  //
26  //
27  //
28  //

LA:212950.11                                      1

**STIPULATION AND [PROPOSED] ORDER**
Case No. 06-07727 (JW PVT)

In light of the parties' full engagement in the private mediation process, the parties believe it would serve judicial economy as well as the parties' resources to remove this matter from the Northern District ADR Program.

Dated: May 13, 2008

| GIBSON, DUNN & CRUTCHER LLP | WINSTON & STRAWN LLP |
|---|---|
| By:  /s/ Joshua A. Jessen<br>Jeffrey H. Reeves<br>Joshua A. Jessen<br>3161 Michelson Drive<br>Irvine, California 92612<br>(949) 451-3800<br>(949) 451-4220 (Facsimile)<br><br>Attorneys for Plaintiffs/Counter-Defendants | By:  /s/ Rebecca L. Calkins<br>Rebecca Lawlor Calkins<br>Erin R. Ranahan<br>333 South Grand Avenue, 38th Floor<br>Los Angeles, CA 90071<br>(213) 615-1700 (Telephone)<br>(213) 615-1750 (Facsimile)<br><br>Michael S. Elkin<br>Thomas P. Lane<br>200 Park Avenue<br>New York, New York  10166<br>(212) 294-6700<br>(212) 294-4700 (Facsimile)<br><br>Attorneys for Defendants/Counterclaimants |

In accordance with Civil L.R. 5-4 and General Order No. 45(X)(B), I, Rebecca L. Calkins, attest under penalty of perjury under the laws of the United States of America that I have the concurrence of the other signatories to this document.

　　　　　　　　　　　　　　　　　　　/s/ Rebecca Lawlor Calkins
　　　　　　　　　　　　　　　　　　　Rebecca Lawlor Calkins

## ORDER

Pursuant to the Stipulation above, it is hereby ordered that the matter of *Grateful Dead Productions, et. al., v. William E. Sagan, et. al.*, Case No. 06-07727, be removed from the Northern District Alternative Dispute Resolution Program.

Dated: June 6, 2008

JAMES WARE
United States District Judge