Jeffrey H. Reeves (SBN 156648)
Joshua A. Jessen (SBN 222831)
GIBSON, DUNN & CRUTCHER LLP
3161 Michelson Drive
Irvine, California 92612-4412
jreeves@gibsondunn.com
(949) 451-3800 (Telephone)
(949) 451-4220 (Facsimile)

and

S. Ashlie Beringer (admitted *pro hac vice*)
Laura M. Sturges (admitted *pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
1801 California Street, Suite 4200
Denver, Colorado 80202
aberinger@gibsondunn.com
(303) 298-5718 (Telephone)
(303) 313-2868 (Facsimile)

Attorneys for Plaintiffs

[Defendants' and Counterclaimants' Counsel Listed On Signature Page]

IT IS SO ORDERED
Judge James Ware

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GRATEFUL DEAD PRODUCTIONS, a California corporation, CADESTANSA, LLC, a limited liability company on behalf of CARLOS SANTANA, an individual, JIMMY PAGE, an individual, ROBERT PLANT, an individual, JOHN PAUL JONES, an individual, RAYMOND MANZAREK, an individual, ROBBY KRIEGER, an individual, JOHN DENSMORE, an individual, PEARL COURSON, an individual, GEORGE MORRISON, an individual, FANTALITY CORP., a Colorado corporation, SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership, BMG MUSIC, a New York partnership, and ARISTA RECORDS, a Delaware LLC,<br><br>                    Plaintiffs, | CASE NO. 06-07727 (JW) (PVT)<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE TO COMPLETE CERTAIN DISCOVERY AND TO RESPOND TO COUNTERCLAIMS** |

Gibson, Dunn & Crutcher LLP

**JOINT STIPULATION TO EXTEND DEADLINE TO COMPLETE CERTAIN DISCOVERY AND TO RESPOND TO COUNTERCLAIMS – 06-07727 (JW) (PVT)**

|   |   |
|---|---|
| 1 | v. |
| 2 | WILLIAM E. SAGAN, an individual, NORTON LLC, a limited liability company, and BILL GRAHAM ARCHIVES LLC, d/b/a WOLFGANG'S VAULT, a limited liability company, |
| 3 | |
| 4 | |
| 5 | |
| 6 | Defendants. |
| 7 | |
| 8 | NORTON LLC, a limited liability company, BILL GRAHAM ARCHIVES LLC, d/b/a WOLFGANG'S VAULT, a limited liability company, and WILLIAM E. SAGAN, an individual, |
| 9 | |
| 10 | |
| 11 | Counterclaimants, |
| 12 | v. |
| 13 | GRATEFUL DEAD PRODUCTIONS, a California corporation, CADESTANSA LLC, a limited liability company on behalf of CARLOS SANTANA, an individual, JIMMY PAGE, an individual, ROBERT PLANT, an individual, JOHN PAUL JONES, an individual, RAYMOND MANZAREK, an individual, ROBBY KRIEGER, an individual, JOHN DENSMORE, an individual, PEARL COURSON, an individual, GEORGE MORRISON, an individual, FANTALITY CORP., a Colorado corporation, SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership, BMG MUSIC, a New York partnership, and ARISTA RECORDS, a Delaware LLC, ROBERT WEIR, an individual, WARNER MUSIC GROUP CORP., a Delaware corporation, RHINO ENTERTAINMENT, its subsidiary, and BRAVADO INTERNATIONAL GROUP, INC., a California corporation, |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | Counterclaim Defendants. |
| 27 | |
| 28 | |

Gibson, Dunn & Crutcher LLP

**JOINT STIPULATION TO EXTEND DEADLINE TO COMPLETE CERTAIN DISCOVERY AND TO RESPOND TO COUNTERCLAIMS – 06-07727 (JW) (PVT)**

1   WHEREAS on or about November 20, 2007, all parties to this matter filed a Stipulation and
2   Order to Stay Case Until April 1, 2008 to Allow Parties to Devote Time and Energy to Mediate
3   Dispute (*Docket No.* 165);

4   WHEREAS on or about December 7, 2007, the Court made the parties' Stipulation the Order
5   of the Court, as modified (*Docket No.* 174);

6   WHEREAS on or about April 1, 2008, all parties to this matter filed a Stipulation and Order
7   to Continue Stay of Case until June 2, 2008 to Allow Parties to Devote Additional Time and Energy
8   to Mediate Dispute (*Docket No.* 175);

9   WHEREAS on or about April 9, 2008, the Court made the parties' Stipulation the Order of
10  the Court, as modified (*Docket No.* 176);

11  WHEREAS the parties have not yet settled the action, but continue to work towards a
12  settlement;

13  WHEREAS, among other things, the April 9, 2008 Stipulation and Order (*Docket No.* 176)
14  includes the following to occur by June 23, 2008:

15  1. Plaintiffs and Counter-Defendants to answer or otherwise respond to Defendants' First
16     Amended Counterclaims;

17  2. Plaintiffs to produce and/or serve all documents that they have previously agreed to
18     produce in response to Defendants' Second, Third and Fourth sets of Requests for
19     Production, and to produce written responses to Defendants' Fourth Set of Requests
20     for Production;

21  3. Defendants to produce and/or serve all documents, things, letters, and written
22     discovery responses required by Judge Trumbull's November 2, 2007 Order, with the
23     exception of all audio and audiovisual recordings (which are the subject of this Court's
24     June 6, 2008 Order (*Docket No.* 180), extending the deadline for production of the
25     recordings to July 23, 2008);

**1**

**JOINT STIPULATION TO EXTEND DEADLINE TO COMPLETE CERTAIN DISCOVERY AND TO RESPOND TO COUNTERCLAIMS – 06-07727 (JW) (PVT)**

Gibson, Dunn & Crutcher LLP

1    4. Parties to serve any other currently outstanding discovery items for which a deadline is imposed by the Federal Rules of Civil Procedure (*e.g.*, changes to deposition transcripts);

WHEREAS due to the ongoing settlement efforts and the volume of the required actions to take place by June 23, 2008, the parties have agreed to extend this deadline from June 23, 2008 until July 23, 2008;

WHEREAS the April 9, 2008 Stipulation and Order (*Docket No.* 176) also stated that parties shall hold a two hour in person meet and confer regarding Plaintiffs' production of documents and other discovery no later than June 23, 2008, which parties intend to complete as scheduled in order to move this action forward should a settlement not conclude;

WHEREAS it is HEREBY STIPULATED AND AGREED, by the parties through their respective counsel, and subject to the approval of this Court, that the deadline for all parties to complete the tasks set forth in enumerated items 1 to 4 above shall be extended from June 23, 2008, until and including July 23, 2008.

Pursuant to Local Rule 6-2(a), other time modifications that have been entered in this case are set forth in the supporting Declaration of Laura M. Sturges, filed concurrently herewith.

Respectfully submitted,

DATED: June 10, 2008                GIBSON, DUNN & CRUTCHER LLP

By      ___s/ Jeffrey R. Reeves_____
        Jeffrey H. Reeves, SBN 156648
        Joshua A. Jessen, SBN 222831
        3161 Michelson Drive
        Irvine, California 92612-4412
        Tel: 714-451-3800

and

S. Ashlie Beringer
Laura M. Sturges
1801 California Street, Suite 4200
Denver, CO  80202
Telephone:  303-298-5718

Attorneys for Plaintiffs

**2**

**JOINT STIPULATION TO EXTEND DEADLINE TO COMPLETE CERTAIN DISCOVERY AND TO RESPOND TO COUNTERCLAIMS – 06-07727 (JW) (PVT)**

Gibson, Dunn & Crutcher LLP

| | |
|---|---|
| DATED:  June 10, 2008 | WINSTON & STRAWN LLP |
| | By    s/ Thomas P. Lane |
| | Michael S. Elkin (admitted *pro hac vice*) |
| | Thomas P. Lane (admitted *pro hac vice*) |
| | 200 Park Avenue |
| | New York, NY 10166 |
| | Tel: 212-294-6700 |
| | |
| | Rebecca Lawlor Calkins, SBN 195593 |
| | Erin R. Ranahan, SBN 235286 |
| | 333 South Grand Ave, 38th Floor |
| | Los Angeles, CA 90071 |
| | Tel: 213-615-1700 |
| | |
| | and |
| | |
| | Andrew P. Bridges, SBN 122761 |
| | Jennifer A. Golinveaux, SBN 203056 |
| | 101 California Street |
| | San Francisco, CA 94111 |
| | Tel: 415-591-1506 |
| | |
| | Attorneys for Defendants |

In accordance with Civil L.R. 5-4 and General Order No. 45(X)(B), I, Laura M. Sturges, attest under penalty of perjury under the laws of the United States of America that I have the concurrence of the other signatories to this document.

                             s/ Laura M. Sturges
                              Laura M. Sturges

**3**

**JOINT STIPULATION TO EXTEND DEADLINE TO COMPLETE CERTAIN DISCOVERY AND TO RESPOND TO COUNTERCLAIMS – 06-07727 (JW) (PVT)**

Gibson, Dunn & Crutcher LLP

# ORDER

Pursuant to the Stipulation above, it is hereby ordered that:

1. The deadline for Plaintiffs and Counter-Defendants to answer or otherwise respond to Defendants' First Amended Counterclaims shall be extended from June 23, 2008, until and including July 23, 2008;

2. The deadline for Plaintiffs to produce and/or serve all documents that they have previously agreed to produce in response to Defendants' Second, Third and Fourth sets of Requests for Production, and to produce written responses to Defendants' Fourth Set of Requests for Production shall be extended from June 23, 2008, until and including July 23, 2008;

3. The deadline for Defendants to produce and/or serve all documents, things, letters, and written discovery responses required by Judge Trumbull's November 2, 2007 Order shall be extended from June 23, 2008, until and including July 23, 2008;

4. The deadline for all parties to serve any other currently outstanding discovery items for which a deadline is imposed by the Federal Rules of Civil Procedure (*e.g.*, changes to deposition transcripts) shall be extended from June 23, 2008, until and including July 23, 2008;

Dated: __June 23, 2008____

_____
Honorable James Ware
U.S. District Judge

Gibson, Dunn & Crutcher LLP

**4**

**JOINT STIPULATION TO EXTEND DEADLINE TO COMPLETE CERTAIN DISCOVERY AND TO RESPOND TO COUNTERCLAIMS – 06-07727 (JW) (PVT)**