Michael S. Elkin  (admitted *pro hac vice*)
Thomas P. Lane  (admitted *pro hac vice*)
**WINSTON & STRAWN LLP**
200 Park Avenue
New York, New York  10166
melkin@winston.com
tlane@winston.com
(212) 294-6700 (Telephone)
(212) 294-4700 (Facsimile)

Rebecca Lawlor Calkins  SBN 195593
Erin R. Ranahan  SBN 235286
**WINSTON & STRAWN LLP**
333 South Grand Avenue, 38th Floor
Los Angeles, CA 90071
rcalkins@winston.com
eranahan@winston.com
(213) 615-1700 (Telephone)
(213) 615-1750 (Facsimile)

Andrew P. Bridges  SBN 122761
Jennifer A. Golinveaux  SBN 203056
**WINSTON & STRAWN LLP**
101 California Street
San Francisco, CA  94111
(415) 591-1506 (Telephone)
(415) 591-1400 (Facsimile)

Attorneys for Defendants/Counterclaimants

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

Winston & Strawn LLP
333 South Grand Avenue
Los Angeles, CA 90071-1543

| | |
|---|---|
| GRATEFUL DEAD PRODUCTIONS, a California corporation, CADESTANSA LLC, a limited liability company on behalf of CARLOS SANTANA, an individual, JIMMY PAGE, an individual, ROBERT PLANT, an individual, JOHN PAUL JONES, an individual, RAYMOND MANZAREK, an individual, ROBBY KRIEGER, an individual, JOHN DENSMORE, an individual, PEARL COURSON, an individual, and GEORGE MORRISON, an individual, FANTALITY CORP., a Colorado corporation, SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership, BMG MUSIC, a New York partnership, and ARISTA RECORDS, a Delaware LLC, | Case No. 06-07727 (JW PVT)  **JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE FOR THE PARTIES TO RESPOND TO CERTAIN DISCOVERY FROM JULY 23, 2008 TO AUGUST 22, 2008**  Second Amended Complaint Filed: October 18, 2007 |

LA:218580.1                                               1

Winston & Strawn LLP
333 South Grand Avenue
Los Angeles, CA 90071-1543

1    Plaintiffs,                                    )
                                                    )
2        vs.                                        )
                                                    )
3    WILLIAM E. SAGAN, an individual,               )
     NORTON LLC, a limited liability company,       )
4    and BILL GRAHAM ARCHIVES LLC, d/b/a            )
     WOLFGANG'S VAULT, a limited liability          )
5    company,                                       )
                                                    )
6    Defendants,                                    )
                                                    )
7    _____       )
                                                    )
     NORTON LLC, a limited liability company,       )
8    BILL GRAHAM ARCHIVES LLC, d/b/a                )
     WOLFGANG'S VAULT, a limited liability          )
9    company, and WILLIAM E. SAGAN, an              )
     individual,                                    )
10                                                  )
     Defendants,                                    )
11                                                  )
     GRATEFUL DEAD PRODUCTIONS, a                   )
12   California corporation, CADESTANSA LLC, a      )
     limited liability company on behalf of CARLOS )
13   SANTANA, an individual, JIMMY PAGE, an         )
     individual, ROBERT PLANT, an individual,       )
14   JOHN PAUL JONES, an individual,                )
     RAYMOND MANZAREK, an individual,               )
15   ROBBY KRIEGER, an individual, JOHN             )
     DENSMORE, an individual, PEARL                 )
16   COURSON, an individual, GEORGE                 )
     MORRISON, an individual, FANTALITY             )
17   CORP., a Colorado corporation, SONY BMG        )
     MUSIC ENTERTAINMENT, a Delaware                )
18   general partnership, BMG MUSIC, a New York )
     partnership, and ARISTA RECORDS, a             )
19   Delaware LLC, ROBERT WEIR, an individual, )
     WARNER MUSIC GROUP CORP., a                    )
20   Delaware corporation, RHINO                    )
     ENTERTAINMENT, its subsidiary, and            )
21   BRAVADO INTERNATIONAL GROUP,                   )
     INC., a California corporation,                )
22                                                  )
     Counterclaim Defendants.                       )
23   _____       )

24   //

25   //

26   //

27   //

28   //

2

Winston & Strawn LLP
333 South Grand Avenue
Los Angeles, CA 90071-1543

1    WHEREAS on or about November 20, 2007, all parties to this matter filed a Stipulation and

2    Order to Stay Case Until April 1, 2008 to Allow Parties to Devote Time and Energy to Mediate

3    Dispute (Docket No. 165);

4    WHEREAS on or about December 7, 2007, the Court made the parties' Stipulation the Order

5    of the Court, as modified (Docket No. 174);

6    WHEREAS on or about April 1, 2008, all parties to this matter filed a Stipulation and Order

7    to Continue Stay of Case until June 2, 2008 to Allow Parties to Devote Additional Time and Energy

8    to Mediate Dispute (Docket No. 175);

9    WHEREAS on or about April 9, 2008, the Court made the parties' Stipulation the Order of

10   the Court, as modified (Docket No. 176);

11   WHEREAS the parties have not yet settled the action, but continue to work towards a

12   settlement, and are scheduled to participate in a second mediation session on August 20, 2008;

13   WHEREAS, among other things, the April 9, 2008 Stipulation and Order (Docket No. 176)

14   includes the following deadlines which this Court has since extended until July 23, 2008 (Docket

15   #180 and #190):

16           1.      Plaintiffs to produce and/or serve all documents that they have previously

17   agreed to produce in response to Defendants' Requests for Production;

18           2.      Defendants to produce and/or serve all documents, things, letters, audio and

19   audiovisual recordings and written discovery responses required by Judge Trumbull's November 2,

20   2007 Order;

21           3.      Parties to serve any other currently outstanding discovery items for which a

22   deadline is imposed by the Federal Rules of Civil Procedure (e.g., changes to deposition transcripts);

23

24   WHEREAS due to the ongoing settlement efforts and the volume of the required actions to

25   take place by July 23, 2008, the parties have agreed to extend these deadlines from July 23, 2008

26   until August 22, 2008;

27

28

JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE FOR THE PARTIES TO
RESPOND TO CERTAIN DISCOVERY          Case No. 06-07727 (JW PVT)

1

2    WHEREAS it is HEREBY STIPULATED AND AGREED, by the parties through their

3  respective counsel, and subject to the approval of this Court, that the deadline for all parties to

4  complete the tasks set forth in enumerated items 1 to 3 above shall be extended from July 23,

2008, until and including August 22, 2008.

5    Pursuant to Local Rule 6-2(a), other time modifications that have been entered in this case

6  are set forth in the supporting Declaration of Erin R. Ranahan, filed concurrently herewith.

7

8  Executed this 18 day of July, 2008, at Los Angeles, California.

9

10  GIBSON, DUNN & CRUTCHER LLP          WINSTON & STRAWN LLP

11  By:    /s/ S. Ashlie Beringer            By:   /s/ Erin R. Ranahan
    Jeffrey H. Reeves                     Rebecca Lawlor Calkins
12  S. Ashlie Beringer                    Erin R. Ranahan
    Joshua A. Jessen                      333 South Grand Avenue, 38th Floor
13  3161 Michelson Drive                  Los Angeles, CA 90071
    Irvine, California 92612              (213) 615-1700 (Telephone)
14  (949) 451-3800                        (213) 615-1750 (Facsimile)
    (949) 451-4220 (Facsimile)
15                                        Michael S. Elkin
                                          Thomas P. Lane
16  Attorneys for Plaintiffs/Counter-Defendants   200 Park Avenue
                                          New York, New York  10166
17                                        (212) 294-6700
                                          (212) 294-4700 (Facsimile)
18
                                          Attorneys for Defendants/Counterclaimants
19

20    In accordance with Civil L.R. 5-4 and General Order No. 45(X)(B), I, Erin R. Ranahan,

21  attest under penalty of perjury under the laws of the United States of America that I have the

22  concurrence of the other signatories to this document.

23
                                          /s/.Erin R. Ranahan
24                                        Erin R. Ranahan

25

26

27

28

JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE FOR THE PARTIES TO
RESPOND TO CERTAIN DISCOVERY     Case No. 06-07727 (JW PVT)

Winston & Strawn LLP
333 South Grand Avenue
Los Angeles, CA 90071-1543

## ORDER

Pursuant to the Stipulation above, it is hereby ordered that:

1.     The deadline for Plaintiffs to produce and/or serve all documents that they have previously agreed to produce in response to Defendants' Requests for Production shall be extended from July 23, 2008, until and including August 22, 2008;

3.     The deadline for Defendants to produce and/or serve all documents, things, letters, audio and audiovisual recordings and written discovery responses required by Judge Trumbull's November 2, 2007 Order shall be extended from July 23, 2008, until and including August 22, 2008;

4.     The deadline for all parties to serve any other currently outstanding discovery items for which a deadline is imposed by the Federal Rules of Civil Procedure (*e.g.*, changes to deposition transcripts) shall be extended from July 23, 2008, until and including August 22, 2008.

Dated:   7/23/08

Honorable ~~James Ware~~  Patricia V. Trumbull

U.S. ~~District~~ Judge
Magistrate

Winston & Strawn LLP
333 South Grand Avenue
Los Angeles, CA 90071-1543

---

1

**JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE FOR THE PARTIES TO
RESPOND TO CERTAIN DISCOVERY**     Case No. 06-07727 (JW PVT)