| | |
|---|---|
| 1 | Michael S. Elkin  (admitted *pro hac vice*) |
|   | Thomas P. Lane  (admitted *pro hac vice*) |
| 2 | **WINSTON & STRAWN LLP** |
|   | 200 Park Avenue |
| 3 | New York, New York  10166 |
|   | melkin@winston.com |
| 4 | tlane@winston.com |
|   | (212) 294-6700 (Telephone) |
| 5 | (212) 294-4700 (Facsimile) |
|   |   |
| 6 | Rebecca Lawlor Calkins  SBN 195593 |
|   | Erin R. Ranahan  SBN 235286 |
| 7 | **WINSTON & STRAWN LLP** |
|   | 333 South Grand Avenue, 38th Floor |
| 8 | Los Angeles, CA 90071 |
|   | rcalkins@winston.com |
| 9 | eranahan@winston.com |
|   | (213) 615-1700 (Telephone) |
| 10 | (213) 615-1750 (Facsimile) |
|   |   |
| 11 | Andrew P. Bridges  SBN 122761 |
|   | Jennifer A. Golinveaux  SBN 203056 |
| 12 | **WINSTON & STRAWN LLP** |
|   | 101 California Street |
| 13 | San Francisco, CA  94111 |
|   | (415) 591-1506 (Telephone) |
| 14 | (415) 591-1400 (Facsimile) |
|   |   |
| 15 | Attorneys for Defendants/Counterclaimants |

### UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| GRATEFUL DEAD PRODUCTIONS, a California corporation, CADESTANSA LLC, a limited liability company on behalf of CARLOS SANTANA, an individual, JIMMY PAGE, an individual, ROBERT PLANT, an individual, JOHN PAUL JONES, an individual, RAYMOND MANZAREK, an individual, ROBBY KRIEGER, an individual, JOHN DENSMORE, an individual, PEARL COURSON, an individual, and GEORGE MORRISON, an individual, FANTALITY CORP., a Colorado corporation, SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership, BMG MUSIC, a New York partnership, and ARISTA RECORDS, a Delaware LLC, | Case No. 06-07727 (JW PVT)<br><br>JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE FOR SETTLING PARTIES TO RESPOND TO CERTAIN DISCOVERY FROM AUGUST 22, 2008 TO OCTOBER 27, 2008<br><br>Second Amended Complaint Filed: October 18, 2007 |

1

JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE FOR SETTLING PARTIES TO
RESPOND TO CERTAIN DISCOVERY    Case No. 06-07727 (JW PVT)

|   |   |
|---|---|
| | Plaintiffs, ) |
| | ) |
| vs. | ) |
| | ) |
| WILLIAM E. SAGAN, an individual, | ) |
| NORTON LLC, a limited liability company, | ) |
| and BILL GRAHAM ARCHIVES LLC, d/b/a | ) |
| WOLFGANG'S VAULT, a limited liability | ) |
| company, | ) |
| | ) |
| | Defendants, ) |
| | ) |
| _____ | ) |
| | ) |
| NORTON LLC, a limited liability company, | ) |
| BILL GRAHAM ARCHIVES LLC, d/b/a | ) |
| WOLFGANG'S VAULT, a limited liability | ) |
| company, and WILLIAM E. SAGAN, an | ) |
| individual, | ) |
| | ) |
| | Defendants, ) |
| | ) |
| GRATEFUL DEAD PRODUCTIONS, a | ) |
| California corporation, CADESTANSA LLC, a | ) |
| limited liability company on behalf of CARLOS | ) |
| SANTANA, an individual, JIMMY PAGE, an | ) |
| individual, ROBERT PLANT, an individual, | ) |
| JOHN PAUL JONES, an individual, | ) |
| RAYMOND MANZAREK, an individual, | ) |
| ROBBY KRIEGER, an individual, JOHN | ) |
| DENSMORE, an individual, PEARL | ) |
| COURSON, an individual, GEORGE | ) |
| MORRISON, an individual, FANTALITY | ) |
| CORP., a Colorado corporation, SONY BMG | ) |
| MUSIC ENTERTAINMENT, a Delaware | ) |
| general partnership, BMG MUSIC, a New York | ) |
| partnership, and ARISTA RECORDS, a | ) |
| Delaware LLC, ROBERT WEIR, an individual, | ) |
| WARNER MUSIC GROUP CORP., a | ) |
| Delaware corporation, RHINO | ) |
| ENTERTAINMENT, its subsidiary, and | ) |
| BRAVADO INTERNATIONAL GROUP, | ) |
| INC., a California corporation, | ) |
| | ) |
| | Counterclaim Defendants. ) |
| _____ | ) |

//
//
//
//
//

2

**JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE FOR SETTLING PARTIES TO RESPOND TO CERTAIN DISCOVERY**     Case No. 06-07727 (JW PVT)

1    WHEREAS on or about November 20, 2007, all parties to this matter filed a Stipulation and
2 Order to Stay Case Until April 1, 2008 to Allow Parties to Devote Time and Energy to Mediate
3 Dispute (Docket No. 165);
4    WHEREAS on or about December 7, 2007, the Court made the parties' Stipulation the Order
5 of the Court, as modified (Docket No. 174);
6    WHEREAS on February 20, 2008 and February 21, 2008, in compliance with the Stipulation
7 and Order, the parties engaged in two full days of private mediation with Antonio C. Piazza in San
8 Francisco, California;
9    WHEREAS the parties made substantial progress at the February 2008 mediation, however
10 they did not finalize the mediation process;
11    WHEREAS on or about April 1, 2008, all parties to this matter filed a Stipulation and Order
12 to Continue Stay of Case until June 2, 2008 to Allow Parties to Devote Additional Time and Energy
13 to Mediate Dispute (Docket No. 175);
14    WHEREAS on or about April 9, 2008, the Court made the parties' Stipulation the Order of
15 the Court, as modified (Docket No. 176);
16    WHEREAS, among other things, the April 9, 2008 Stipulation and Order (Docket No. 176)
17 includes the following deadlines which this Court has since extended until August 22, 2008 (Docket
18 No. 180, 194):
19        1.    Plaintiffs to produce and/or serve all documents that they have previously
20 agreed to produce in response to Defendants' Requests for Production;
21        2.    Defendants to produce and/or serve all documents, things, letters, audio and
22 audiovisual recordings and written discovery responses required by Judge Trumbull's November 2,
23 2007 Order;
24        3.    Parties to serve any other currently outstanding discovery items for which a
25 deadline is imposed by the Federal Rules of Civil Procedure (e.g., changes to deposition transcripts);

1   WHEREAS on August 20, 2008, the parties engaged in a third full day of private mediation with Antonio C. Piazza in San Francisco, California;

WHEREAS on August 20, 2008, plaintiffs Sony BMG Music Entertainment, BMG Music, and Arista Records (the "Sony Plaintiffs") on the one hand, and defendants William E. Sagan, Norton LLC, and Bill Graham Archives LLC ("Defendants") on the other hand, resolved in principle all claims asserted by the Sony Plaintiffs (and artists signed to the Sony Plaintiffs as represented by Cadestansa LLC on behalf of Carlos Santana and Fantality Corp.), and Raymond Manzarek, Robby Krieger, John Densmore, Pearl Courson and George Morrison (collectively, "the Doors Parties") as against Defendants, and all Counterclaims asserted by Defendants as against the Sony Plaintiffs, Cadestansa LLC and Fantality;

WHEREAS, all Plaintiffs asserting claims regarding merchandise and Defendants also previously resolved in principle all of the claims in this action regarding merchandise and are very close to finalizing the written settlement agreements regarding such claims;

WHEREAS the Sony Plaintiffs, Cadestansa LLC, Fantality Corp., the Doors Parties, the Plaintiffs asserting merchandise claims and Defendants ("Settling Parties") desire an additional, reasonable period of time in which to devote their energies toward finalizing and documenting these settlements, rather than engaging in costly and time consuming discovery practice;

WHEREAS it is HEREBY STIPULATED AND AGREED, by the parties through their respective counsel, and subject to the approval of this Court, that the deadline for the Settling Parties to complete any tasks set forth in enumerated items 1 to 3 above that relates to the claims or defenses of the Settling Parties concerning (1) Plaintiffs' merchandise claims; (2) the claims asserted by the Sony Plaintiffs, Cadestansa LLC, Fantality Corp. and the Doors Parties and the Counterclaims asserted by Defendants regarding sound recordings related to the Sony Plaintiffs, Cadestansa LLC, Fantality Corp. and the Doors Parties; and (3) the Counterclaims asserted by Defendants, to the extent not covered by categories (1) and (2) above and then solely as those Counterclaims relate to Counterclaims Defendants other than Grateful Dead Productions, Jimmy Page, Robert Plant, John Paul Jones, Warner Music Group Corp. and Rhino Entertainment, shall be extended from August 22, 2008 to October 27, 2008.

4

JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE FOR SETTLING PARTIES TO RESPOND TO CERTAIN DISCOVERY      Case No. 06-07727 (JW PVT)

Pursuant to Local Rule 6-2(a), other time modifications that have been entered in this case are set forth in the supporting Declaration of Rebecca Lawlor Calkins, filed concurrently herewith.

Executed this 22 day of August, 2008, at Los Angeles, California.

| GIBSON, DUNN & CRUTCHER LLP | WINSTON & STRAWN LLP |
|---|---|
| By:     /s/ S. Ashlie Beringer     <br>Jeffrey H. Reeves<br>S. Ashlie Beringer<br>Joshua A. Jessen<br>3161 Michelson Drive<br>Irvine, California 92612<br>(949) 451-3800<br>(949) 451-4220 (Facsimile)<br><br>Attorneys for Plaintiffs/Counter-Defendants | By:   /s/ Rebecca Lawlor Calkins   <br>Rebecca Lawlor Calkins<br>Erin R. Ranahan<br>333 South Grand Avenue, 38th Floor<br>Los Angeles, CA 90071<br>(213) 615-1700 (Telephone)<br>(213) 615-1750 (Facsimile)<br><br>Michael S. Elkin<br>Thomas P. Lane<br>200 Park Avenue<br>New York, New York 10166<br>(212) 294-6700<br>(212) 294-4700 (Facsimile)<br><br>Attorneys for Defendants/Counterclaimants |

In accordance with Civil L.R. 5-4 and General Order No. 45(X)(B), I, Rebecca L. Calkins, attest under penalty of perjury under the laws of the United States of America that I have the concurrence of the other signatories to this document.

            /s/ Rebecca L. Calkins            
                Rebecca L. Calkins

**JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE FOR SETTLING PARTIES TO RESPOND TO CERTAIN DISCOVERY        Case No. 06-07727 (JW PVT)**

## ORDER

Pursuant to the Stipulation above, it is hereby ordered that:

1. The deadline for the Sony Plaintiffs, Cadestansa LLC, and Fantality Corp. to produce and/or serve all documents that they have previously agreed to produce in response to Defendants' Requests for Production, that relate to the claims or defenses of the Sony Plaintiffs, Cadestansa LLC and Fantality Corp. shall be extended from August 22, 2008, until and including October 27, 2008;

2. The deadline for Plaintiffs to produce and/or serve all documents that they have previously agreed to produce in response to Defendants' Requests for Production, that relate to the claims or defenses of any party regarding the merchandise claims in this action shall be extended from August 22, 2008, until and including October 27, 2008;

3. The deadline for Defendants to produce and/or serve all documents, things, letters, audio and audiovisual recordings and written discovery responses required by Judge Trumbull's November 2, 2007 Order, that relate to (a) Plaintiffs' merchandise claims and the Defendants' defenses thereto; (b) the claims asserted by the Sony Plaintiffs, Cadestansa LLC, Fantality Corp. and the Doors Parties and the Counterclaims asserted by Defendants regarding sound recordings related to the Sony Plaintiffs, Cadestansa LLC, Fantality Corp. and the Doors Parties and the parties' defenses thereto; and (c) Defendants' Counterclaims, to the extent not covered by categories (a) and (b) above and then solely as those Counterclaims relate to Counterclaims Defendants other than Grateful Dead Productions, Jimmy Page, Robert Plant, John Paul Jones, Warner Music Group Corp. and Rhino Entertainment, shall be extended from August 22, 2008, until and including October 27, 2008;

//
//
//
//
//

1

JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE FOR SETTLING PARTIES TO RESPOND TO CERTAIN DISCOVERY     Case No. 06-07727 (JW PVT)

4. The deadline for the Settling Parties to serve any other currently outstanding discovery items for which a deadline is imposed by the Federal Rules of Civil Procedure (*e.g.*, changes to deposition transcripts) regarding the above claims shall be extended from August 22, 2008, until and including October 27, 2008.

Dated: 8/27/08

Honorable ~~James Ware~~ Patricia V. Trumbull
U.S. ~~District~~ Judge
Magistrate

2

JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE FOR SETTLING PARTIES TO RESPOND TO CERTAIN DISCOVERY    Case No. 06-07727 (JW PVT)

Winston & Strawn LLP
333 South Grand Avenue
Los Angeles, CA 90071-1543