Jeffrey H. Reeves, CA SBN 156648
Joshua A. Jessen, CA SBN 222831
GIBSON, DUNN & CRUTCHER LLP
3161 Michelson Drive
Irvine, California 92612-4412
jreeves@gibsondunn.com
(949) 451-3800 (Telephone)
(949) 451-4220 (Facsimile)

and

S. Ashlie Beringer (admitted *pro hac vice*)
Laura M. Sturges (admitted *pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
1801 California Street, Suite 4200
Denver, Colorado 80220
aberinger@gibsondunn.com
(303) 298-5718 (Telephone)
(303) 313-2868 (Facsimile)

*Attorneys for Plaintiffs*



11/17/2008

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GRATEFUL DEAD PRODUCTIONS, a California corporation, CADESTANSA, LLC, a limited liability company on behalf of CARLOS SANTANA, an individual, JIMMY PAGE, an individual, ROBERT PLANT, an individual, JOHN PAUL JONES, an individual, RAYMOND MANZAREK, an individual, ROBBY KRIEGER, an individual, JOHN DENSMORE, an individual, PEARL COURSON, an individual, GEORGE MORRISON, an individual, FANTALITY CORP., a Colorado corporation, SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership, BMG MUSIC, a New York partnership, and ARISTA RECORDS, a Delaware LLC,<br><br>Plaintiffs,<br><br>v. | CASE NO. C 06 7727 (JW) (PV)<br><br>**STIPULATION OF DISMISSAL OF CERTAIN CLAIMS BY PLAINTIFFS GRATEFUL DEAD PRODUCTIONS, CADESTANSA LLC on behalf of CARLOS SANTANA, JIMMY PAGE, JOHN PAUL JONES, ROBERT PLANT, AND FANTALITY CORP. WITH PREJUDICE** |

1

STIPULATION OF DISMISSAL OF CERTAIN CLAIMS BY PLAINTIFFS GRATEFUL DEAD PRODUCTIONS, CADESTANSA LLC on behalf of CARLOS SANTANA, JIMMY PAGE, JOHN PAUL JONES, ROBERT PLANT AND FANTALITY CORP. WITH PREJUDICE – 06-07727 (JW) (PVT)

Gibson, Dunn & Crutcher LLP

| | |
|---|---|
| 1 | |
| 2 | WILLIAM E. SAGAN, an individual, NORTON LLC, a limited liability company, and BILL GRAHAM ARCHIVES LLC, d/b/a WOLFGANG'S VAULT, a limited liability company, |
| 3 | |
| 4 | |
| | Defendants. |
| 5 | |
| 6 | NORTON LLC, a limited liability company, BILL GRAHAM ARCHIVES LLC, d/b/a WOLFGANG'S VAULT, a limited liability company, and WILLIAM E. SAGAN, an individual, |
| 7 | |
| 8 | |
| 9 | Counterclaim Plaintiffs, |
| 10 | v. |
| 11 | GRATEFUL DEAD PRODUCTIONS, a California corporation, CADESTANSA, LLC, a limited liability company on behalf of CARLOS SANTANA, an individual, JIMMY PAGE, an individual, ROBERT PLANT, an individual, JOHN PAUL JONES, an individual, RAYMOND MANZAREK, an individual, ROBBY KRIEGER, an individual, JOHN DENSMORE, an individual, PEARL COURSON, an individual, GEORGE MORRISON, an individual, FANTALITY CORP., a Colorado corporation, SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership, BMG MUSIC, a New York partnership, ARISTA RECORDS, a Delaware LLC, ROBERT WEIR, an individual, WARNER MUSIC GROUP CORP., a Delaware corporation, RHINO ENTERTAINMENT, its subsidiary, and BRAVADO INTERNATIONAL GROUP, INC., a California corporation, |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| | Counterclaim Defendants. |

WHEREAS, certain of the above-listed Plaintiffs, Grateful Dead Productions, Cadestansa, LLC on behalf of Carlos Santana, Jimmy Page, Robert Plant, John Paul Jones, and Fantality Corp. (collectively, "Plaintiffs") and Defendants Norton LLC, Bill Graham Archives, LLC d/b/a Wolfgang's Vault, and William E. Sagan ("Defendants"), have entered into a confidential settlement agreement to resolve certain of Plaintiffs' claims against Defendants, to the extent those claims

2

STIPULATION OF DISMISSAL OF CERTAIN CLAIMS BY PLAINTIFFS GRATEFUL DEAD PRODUCTIONS, CADESTANSA LLC on behalf of CARLOS SANTANA, JIMMY PAGE, JOHN PAUL JONES, ROBERT PLANT AND FANTALITY CORP. WITH PREJUDICE – 06-07727 (JW) (PVT)

Gibson, Dunn & Crutcher LLP

involve Defendants' advertising, sale and exploitation of rock memorabilia, on the terms and conditions set forth in their agreement:

NOW THEREFORE, IT IS HEREBY STIPULATED, pursuant to Fed. R. Civ. P. 41(a)(1), by and among the parties hereto, through their respective counsel, that the following claims by Plaintiffs shall be dismissed with prejudice as against Defendants, each party to bear his or its own costs and expenses, including attorneys' fees, as to the dismissed claims:

Plaintiffs' First, Second, Third, Fourth, Seventh, Eighth and Ninth Causes of Action of the Second Amended Complaint are dismissed with prejudice in their entirety;

Plaintiffs' Thirteenth, Fourteenth, Fifteenth, Sixteenth, Seventeenth and Eighteenth Causes of Action of the Second Amended Complaint are dismissed with prejudice only to the extent that such causes of action apply to Defendants' advertising, sale and exploitation of rock memorabilia. To the extent that Plaintiffs' Thirteenth, Fourteenth, Fifteenth, Sixteenth, Seventeenth and Eighteenth Causes of Action of the Second Amended Complaint apply to Plaintiffs' rights and obligations regarding sound recordings asserted in Plaintiffs' Second Amended Complaint, such causes of action remain pending;

Plaintiffs' Fifth, Sixth, Tenth, Eleventh and Twelfth Causes of Action of the Second Amended Complaint remain pending.

DATED: October 20, 2008

GIBSON, DUNN & CRUTCHER LLP

By  *S. Ashlie Beringer /s/*

S. Ashlie Beringer
Laura M. Sturges
1801 California Street, Suite 4200
Denver, CO  80202
Telephone: 303-298-5718

and

Jeffrey H. Reeves
Joshua A. Jessen
3161 Michelson Drive
Irvine, CA 92612-4412
Telephone: 949-451-3800

*Attorneys for Plaintiffs*

3

STIPULATION OF DISMISSAL OF CERTAIN CLAIMS BY PLAINTIFFS GRATEFUL DEAD PRODUCTIONS, CADESTANSA LLC on behalf of CARLOS SANTANA, JIMMY PAGE, JOHN PAUL JONES, ROBERT PLANT AND FANTALITY CORP. WITH PREJUDICE – 06-07727 (JW) (PVT)

Gibson, Dunn & Crutcher LLP

| | |
|---|---|
| DATED: October 20, 2008 | WINSTON & STRAWN LLP<br><br>By /s/ Michael S. Elkin<br><br>Michael S. Elkin<br>Thomas P. Lane<br>200 Park Avenue<br>New York, NY 10166<br>Telephone: 212-294-6700<br><br>and<br><br>Rebecca Lawlor Calkins<br>Erin Ranahan<br>333 S. Grand Avenue<br>Los Angeles, CA 90071<br>Telephone: 213-615-1700<br><br>*Attorneys for Defendants* |

4

STIPULATION OF DISMISSAL OF CERTAIN CLAIMS BY PLAINTIFFS GRATEFUL DEAD PRODUCTIONS, CADESTANSA LLC on behalf of CARLOS SANTANA, JIMMY PAGE, JOHN PAUL JONES, ROBERT PLANT AND FANTALITY CORP. WITH PREJUDICE – 06-07727 (JW) (PVT)

Gibson, Dunn & Crutcher LLP