

GRANTED
Judge James Ware
11/17/2008

WINSTON & STRAWN LLP
Michael S. Elkin  (admitted *pro hac vice*)
Thomas P. Lane  (admitted *pro hac vice*)
200 Park Avenue
New York, New York  10166
tlane@winston.com
(212) 294-6700 (Telephone)
(212) 294-4700 (Facsimile)

Attorneys for Defendants/Counterclaimants

GIBSON DUNN & CRUTCHER
Jeffrey Reeves (SBN 156648)
Joshua Jessen (SBN 222831)
3161 Michelson Drive
Irvine, California  92616
(949) 451-3800 (Telephone)
(949) 451-4220 (Facsimile)

Attorneys for Plaintiffs/Counterclaim Defendants

Winston & Strawn LLP
333 South Grand Avenue
Los Angeles, CA 90071-1543

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| GRATEFUL DEAD PRODUCTIONS, a California corporation, CADESTANSA LLC, a limited liability company on behalf of CARLOS SANTANA, an individual, JIMMY PAGE, an individual, ROBERT PLANT, an individual, JOHN PAUL JONES, an individual, RAYMOND MANZAREK, an individual, ROBBY KRIEGER, an individual, JOHN DENSMORE, an individual, PEARL COURSON, an individual, and GEORGE MORRISON, an individual, FANTALITY CORP., a Colorado corporation, SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership, BMG MUSIC, a New York partnership, and ARISTA RECORDS, a Delaware LLC,<br><br>Plaintiffs,<br><br>vs.<br><br>WILLIAM E. SAGAN, an individual, NORTON LLC, a limited liability company, and BILL GRAHAM ARCHIVES LLC, d/b/a WOLFGANG'S VAULT, a limited liability company,<br><br>Defendants.<br><br>NORTON LLC, a limited liability company, BILL GRAHAM ARCHIVES LLC, d/b/a WOLFGANG'S VAULT, a limited liability company, and WILLIAM E. SAGAN, an individual, | Case No. 06-07727 (JW PVT)<br><br>**STIPULATION OF DISMISSAL OF COUNTERCLAIM DEFENDANT CADESTANSA, LLC, ON BEHALF OF CARLOS SANTANA, AS TO CERTAIN COUNTERCLAIMS**<br><br>Date: None<br>Time: None<br>Ctrm: 8<br>Judge: Honorable James Ware<br><br>First Amended Complaint Filed: February 5, 2007 |

|   |   |
|---|---|
| 1 | Defendants, |
| 2 | GRATEFUL DEAD PRODUCTIONS, a California corporation, CADESTANSA LLC, a limited liability company on behalf of CARLOS SANTANA, an individual, JIMMY PAGE, an individual, ROBERT PLANT, an individual, JOHN PAUL JONES, an individual, RAYMOND MANZAREK, an individual, ROBBY KRIEGER, an individual, JOHN DENSMORE, an individual, PEARL COURSON, an individual, GEORGE MORRISON, an individual, FANTALITY CORP., a Colorado corporation, SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership, BMG MUSIC, a New York partnership, and ARISTA RECORDS, a Delaware LLC, ROBERT WEIR, an individual, WARNER MUSIC GROUP CORP., a Delaware corporation, RHINO ENTERTAINMENT, its subsidiary, and BRAVADO INTERNATIONAL GROUP, INC., a California corporation, |
|   | Counterclaim Defendants. |

WHEREAS, plaintiff and counterclaim defendant Cadestansa LLC on behalf of Carlos Santana ("Plaintiff" or "Counterclaim Defendant") and defendants and counterclaimants Norton LLC, Bill Graham Archives, LLC d/b/a Wolfgang's Vault, and William E. Sagan (collectively "Defendants" or "Counterclaimants"), have entered into a confidential settlement agreement to resolve Counterclaimants' Second, Third, Fourth, Fifth, Sixth, Seventh, Eighth, Ninth, Tenth, and Eleventh Counterclaims as against Counterclaim Defendants, and Counterclaimants' First Counterclaim as against Counterclaim Defendants solely to the extent that the First Counterclaim relates to subjects other than the parties' rights and obligations regarding sound recordings asserted in Defendants' Answer to Second Amended Complaint and First Amended Counterclaims, on the terms and conditions set forth in their agreement:

NOW THEREFORE, IT IS HEREBY STIPULATED, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, by and among the parties hereto, through their respective counsel, that Counterclaimants' Second, Third, Fourth, Fifth, Sixth, Seventh, Eighth, Ninth, Tenth, and Eleventh Counterclaims shall be dismissed in their entirety with prejudice as against Counterclaim Defendants, and Counterclaimants' First Counterclaim shall be dismissed with prejudice as against

LA:221796.2

2

STIPULATION OF DISMISSAL OF COUNTERCLAIM DEFENDANT CADESTANSA, LLC, ON BEHALF OF CARLOS SANTANA, AS TO CERTAIN COUNTERCLAIMS
Case No. 06-07727 (JW PVT)

Winston & Strawn LLP
333 South Grand Avenue
Los Angeles, CA 90071-1543

1  Counterclaim Defendants solely to the extent that the First Counterclaim relates to subjects other
2  than the parties' rights and obligations regarding sound recordings asserted in Defendants' Answer to
3  Second Amended Complaint and First Amended Counterclaims, each party to bear its own costs and
4  expenses, including attorneys' fees, as to the dismissed Counterclaims.

6  Dated: October 20, 2008                WINSTON & STRAWN LLP

8                                         By: /s/ Michael Elkin    RLC
9                                              Michael S. Elkin
                                                Thomas P. Lane
10                                              Rebecca Lawlor Calkins
                                                Erin Ranahan
11                                              Attorneys for Defendants/Counterclaimants

12  Dated: October 20, 2008               GIBSON DUNN & CRUTCHER LLP

14                                         By: /s/ Ashlie Beringer /for
15                                              Jeffrey Reeves
                                                Cynthia Arato
16                                              S. Ashlie Beringer
                                                Joshua Jessen
17                                              Attorneys for Plaintiffs/Counterclaim Defendants

Winston & Strawn LLP
333 South Grand Avenue
Los Angeles, CA 90071-1543