WINSTON & STRAWN LLP
Michael S. Elkin (admitted *pro hac vice*)
Thomas P. Lane (admitted *pro hac vice*)
200 Park Avenue
New York, New York 10166
tlane@winston.com
(212) 294-6700 (Telephone)
(212) 294-4700 (Facsimile)

Attorneys for Defendants/Counterclaimants

GIBSON DUNN & CRUTCHER
Jeffrey Reeves (SBN 156648)
Joshua Jessen (SBN 222831)
3161 Michelson Drive
Irvine, California 92616
(949) 451-3800 (Telephone)
(949) 451-4220 (Facsimile)

Attorneys for Plaintiffs/Counterclaim Defendants



GRANTED
Judge James Ware
11/17/2008

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| GRATEFUL DEAD PRODUCTIONS, a California corporation, CADESTANSA LLC, a limited liability company on behalf of CARLOS SANTANA, an individual, JIMMY PAGE, an individual, ROBERT PLANT, an individual, JOHN PAUL JONES, an individual, RAYMOND MANZAREK, an individual, ROBBY KRIEGER, an individual, JOHN DENSMORE, an individual, PEARL COURSON, an individual, and GEORGE MORRISON, an individual, FANTALITY CORP., a Colorado corporation, SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership, BMG MUSIC, a New York partnership, and ARISTA RECORDS, a Delaware LLC,<br><br>    Plaintiffs,<br><br>  vs.<br><br>WILLIAM E. SAGAN, an individual, NORTON LLC, a limited liability company, and BILL GRAHAM ARCHIVES LLC, d/b/a WOLFGANG'S VAULT, a limited liability company,<br><br>    Defendants,<br><br>NORTON LLC, a limited liability company, BILL GRAHAM ARCHIVES LLC, d/b/a WOLFGANG'S VAULT, a limited liability company, and WILLIAM E. SAGAN, an individual, | Case No. 06-07727 (JW PVT)<br><br>**STIPULATION OF DISMISSAL OF COUNTERCLAIM DEFENDANT FANTALITY CORP. AS TO CERTAIN COUNTERCLAIMS**<br><br>Date:  None<br>Time:  None<br>Ctrm:  8<br>Judge: Honorable James Ware<br><br>First Amended Complaint Filed: February 5, 2007 |

Winston & Strawn LLP
333 South Grand Avenue
Los Angeles, CA 90071-1543

LA:221806.2                                    1
**STIPULATION OF DISMISSAL OF COUNTERCLAIM DEFENDANT FANTALITY CORP. AS TO CERTAIN COUNTERCLAIMS**
Case No. 06-07727 (JW PVT)

| | |
|---|---|
| 1 | Defendants, )
| 2 | GRATEFUL DEAD PRODUCTIONS, a ) California corporation, CADESTANSA LLC, a )
| 3 | limited liability company on behalf of CARLOS ) SANTANA, an individual, JIMMY PAGE, an )
| 4 | individual, ROBERT PLANT, an individual, ) JOHN PAUL JONES, an individual, )
| 5 | RAYMOND MANZAREK, an individual, ) ROBBY KRIEGER, an individual, JOHN )
| 6 | DENSMORE, an individual, PEARL ) COURSON, an individual, GEORGE )
| 7 | MORRISON, an individual, FANTALITY ) CORP., a Colorado corporation, SONY BMG )
| 8 | MUSIC ENTERTAINMENT, a Delaware ) general partnership, BMG MUSIC, a New York )
| 9 | partnership, and ARISTA RECORDS, a ) Delaware LLC, ROBERT WEIR, an individual, )
| 10 | WARNER MUSIC GROUP CORP., a ) Delaware corporation, RHINO )
| 11 | ENTERTAINMENT, its subsidiary, and ) BRAVADO INTERNATIONAL GROUP, )
| | INC., a California corporation, ) |

Counterclaim Defendants.

WHEREAS, plaintiff and counterclaim defendant Fantality Corp. ("Plaintiff" or "Counterclaim Defendant") and defendants and counterclaimants Norton LLC, Bill Graham Archives, LLC d/b/a Wolfgang's Vault, and William E. Sagan (collectively "Defendants" or "Counterclaimants"), have entered into a confidential settlement agreement to resolve Counterclaimants' Second, Third, Fourth, Fifth, Sixth, Seventh, Eighth, Ninth, Tenth, and Eleventh Counterclaims as against Counterclaim Defendant, and Counterclaimants' First Counterclaim as against Counterclaim Defendant, solely to the extent that the First Counterclaim relates to subjects other than the parties' rights and obligations regarding sound recordings asserted in Defendants' Answer to Second Amended Complaint and First Amended Counterclaims, on the terms and conditions set forth in their agreement:

NOW THEREFORE, IT IS HEREBY STIPULATED, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, by and among the parties hereto, through their respective counsel, that Counterclaimants' Second, Third, Fourth, Fifth, Sixth, Seventh, Eighth, Ninth, Tenth, and Eleventh Counterclaims shall be dismissed in their entirety with prejudice as against Counterclaim Defendant, and Counterclaimants' First Counterclaim shall be dismissed with prejudice as against

Winston & Strawn LLP
333 South Grand Avenue
Los Angeles, CA 90071-1543

Counterclaim Defendant solely to the extent that the First Counterclaim relates to subjects other than the parties' rights and obligations regarding sound recordings asserted in Defendants' Answer to Second Amended Complaint and First Amended Counterclaims, each party to bear its own costs and expenses, including attorneys' fees, as to the dismissed Counterclaims.

Dated: October 20, 2008                    WINSTON & STRAWN LLP

By: /s/ Michael Elkin
Michael S. Elkin
Thomas P. Lane
Rebecca Lawlor Calkins
Erin Ranahan
Attorneys for Defendants/Counterclaimants

Dated: October 20, 2008                    GIBSON DUNN & CRUTCHER LLP

By: /s/ S. Ashlie Beringer
Jeffrey Reeves
Cynthia Arato
S. Ashlie Beringer
Joshua Jessen
Attorneys for Plaintiff/Counterclaim Defendant

LA:221806.2                                         3
**STIPULATION OF DISMISSAL OF COUNTERCLAIM DEFENDANT FANTALITY CORP. AS TO CERTAIN COUNTERCLAIMS**
Case No. 06-07727 (JW PVT)