| | |
|---|---|
| 1 | WINSTON & STRAWN LLP |
| | Michael S. Elkin  (admitted *pro hac vice*) |
| 2 | Thomas P. Lane  (admitted *pro hac vice*) |
| | 200 Park Avenue |
| 3 | New York, New York  10166 |
| | tlane@winston.com |
| 4 | (212) 294-6700 (Telephone) |
| | (212) 294-4700 (Facsimile) |
| 5 | |
| | Attorneys for Defendants/Counterclaimants |
| 6 | |
| | GIBSON DUNN & CRUTCHER |
| 7 | Jeffrey Reeves (SBN 156648) |
| | Joshua Jessen (SBN 222831) |
| 8 | 3161 Michelson Drive |
| | Irvine, California  92616 |
| | (949) 451-3800 (Telephone) |
| | (949) 451-4220 (Facsimile) |
| 9 | |
| | Attorneys for Plaintiffs/Counterclaim Defendants |

GRANTED
Judge James Ware
11/17/2008

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| 13 | GRATEFUL DEAD PRODUCTIONS, a California corporation, CADESTANSA LLC, a limited liability company on behalf of CARLOS SANTANA, an individual, JIMMY PAGE, an individual, ROBERT PLANT, an individual, JOHN PAUL JONES, an individual, RAYMOND MANZAREK, an individual, ROBBY KRIEGER, an individual, JOHN DENSMORE, an individual, PEARL COURSON, an individual, and GEORGE MORRISON, an individual, FANTALITY CORP., a Colorado corporation, SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership, BMG MUSIC, a New York partnership, and ARISTA RECORDS, a Delaware LLC, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Case No. 06-07727 (JW PVT) STIPULATION OF DISMISSAL OF COUNTERCLAIM DEFENDANTS GRATEFUL DEAD PRODUCTIONS, INC. AND RHINO ENTERTAINMENT COMPANY, AS TO CERTAIN COUNTERCLAIMS Date:  None Time:  None Ctrm:  8 Judge:  Honorable James Ware First Amended Complaint Filed: February 5, 2007 |
| | Plaintiffs, | ) | |
| | vs. | ) | |
| | WILLIAM E. SAGAN, an individual, NORTON LLC, a limited liability company, and BILL GRAHAM ARCHIVES LLC, d/b/a WOLFGANG'S VAULT, a limited liability company, | ) ) ) ) ) | |
| | Defendants, | ) | |
| | NORTON LLC, a limited liability company, BILL GRAHAM ARCHIVES LLC, d/b/a WOLFGANG'S VAULT, a limited liability company, and WILLIAM E. SAGAN, an individual, | ) ) ) ) ) | |

Winston & Strawn LLP
333 South Grand Avenue
Los Angeles, CA 90071-1543

|   |                                                                 |
|---|-----------------------------------------------------------------|
| 1 | Defendants,                                                     |
| 2 | GRATEFUL DEAD PRODUCTIONS, a California corporation, CADESTANSA LLC, a limited liability company on behalf of CARLOS SANTANA, an individual, JIMMY PAGE, an individual, ROBERT PLANT, an individual, JOHN PAUL JONES, an individual, RAYMOND MANZAREK, an individual, ROBBY KRIEGER, an individual, JOHN DENSMORE, an individual, PEARL COURSON, an individual, GEORGE MORRISON, an individual, FANTALITY CORP., a Colorado corporation, SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership, BMG MUSIC, a New York partnership, and ARISTA RECORDS, a Delaware LLC, ROBERT WEIR, an individual, WARNER MUSIC GROUP CORP., a Delaware corporation, RHINO ENTERTAINMENT, its subsidiary, and BRAVADO INTERNATIONAL GROUP, INC., a California corporation, |
|   | Counterclaim Defendants.                                        |

WHEREAS, plaintiffs and counterclaim defendants Grateful Dead Productions, Inc. ("GDP"), and counterclaim defendants Rhino Entertainment Company ("Rhino") (individually and/or collectively, "Counterclaim Defendants") on the one hand, and defendants and counterclaimants Norton LLC, Bill Graham Archives, LLC d/b/a Wolfgang's Vault, and William E. Sagan (collectively "Defendants" or "Counterclaimants") on the other hand, have entered into a confidential settlement agreement to resolve: (1) Counterclaimants' Second, Third, Fourth, Fifth, Sixth, Seventh, Eighth, Ninth, Tenth, and Eleventh Counterclaims as against GDP, and Counterclaimants' First Counterclaim as against GDP solely to the extent that the First Counterclaim relates to subjects other than the parties' rights and obligations regarding sound recordings asserted in Defendants' Answer to Second Amended Complaint and First Amended Counterclaims; and (2) Counterclaimants' Fifth Counterclaim in Defendants' Answer to Second Amended Complaint and First Amended Counterclaims as against Rhino, on the terms and conditions set forth in their agreement:

NOW THEREFORE, IT IS HEREBY STIPULATED, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, by and among the parties hereto, through their respective counsel, that: (1) Counterclaimants' Second, Third, Fourth, Fifth, Sixth, Seventh, Eighth, Ninth, Tenth, and Eleventh Counterclaims shall be dismissed in their entirety as against GDP with prejudice, and Counterclaimants' First Counterclaim shall be dismissed with prejudice as against GDP solely to the extent that the First Counterclaim relates to subjects other than the parties' rights and obligations regarding sound recordings asserted in Defendants' Answer to Second Amended Complaint and First Amended Counterclaims; and (2) Counterclaimants' Fifth Counterclaim in Defendants' Answer to Second Amended Complaint and First Amended Counterclaims shall be dismissed with prejudice as against Rhino. Each party to bear its own costs and expenses, including attorneys' fees, as to the dismissed Counterclaims.

Dated: October 29, 2008            WINSTON & STRAWN LLP

By: _____
Michael S. Elkin
Thomas P. Lane
Rebecca Lawlor Calkins
Erin Ranahan
Attorneys for Defendants/Counterclaimants

Dated: October 24, 2008            GIBSON DUNN & CRUTCHER LLP

By: _____
Jeffrey Reeves
Cynthia Arato
S. Ashlie Beringer
Joshua Jessen
Attorneys for Plaintiffs/Counterclaim Defendants