WINSTON & STRAWN LLP
Michael S. Elkin  (admitted *pro hac vice*)
Thomas P. Lane  (admitted *pro hac vice*)
200 Park Avenue
New York, New York  10166
tlane@winston.com
(212) 294-6700 (Telephone)
(212) 294-4700 (Facsimile)

Attorneys for Defendants/Counterclaimants

GIBSON DUNN & CRUTCHER
Jeffrey Reeves (SBN 156648)
Joshua Jessen (SBN 222831)
3161 Michelson Drive
Irvine, California  92616
(949) 451-3800 (Telephone)
(949) 451-4220 (Facsimile)

Attorneys for Plaintiffs/Counterclaim Defendants

GRANTED
Judge James Ware
11/17/2008

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| | |
|---|---|
| GRATEFUL DEAD PRODUCTIONS, a California corporation, CADESTANSA LLC, a limited liability company on behalf of CARLOS SANTANA, an individual, JIMMY PAGE, an individual, ROBERT PLANT, an individual, JOHN PAUL JONES, an individual, RAYMOND MANZAREK, an individual, ROBBY KRIEGER, an individual, JOHN DENSMORE, an individual, PEARL COURSON, an individual, and GEORGE MORRISON, an individual, FANTALITY CORP., a Colorado corporation, SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership, BMG MUSIC, a New York partnership, and ARISTA RECORDS, a Delaware LLC,<br><br>    Plaintiffs,<br><br>vs.<br><br>WILLIAM E. SAGAN, an individual, NORTON LLC, a limited liability company, and BILL GRAHAM ARCHIVES LLC, d/b/a WOLFGANG'S VAULT, a limited liability company,<br><br>    Defendants,<br><br>NORTON LLC, a limited liability company, BILL GRAHAM ARCHIVES LLC, d/b/a WOLFGANG'S VAULT, a limited liability company, and WILLIAM E. SAGAN, an individual, | Case No. 06-07727 (JW PVT)<br><br>**STIPULATION OF DISMISSAL OF COUNTERCLAIM DEFENDANTS JIMMY PAGE, ROBERT PLANT, JOHN PAUL JONES, BRAVADO INTERNATIONAL GROUP, INC., AS TO CERTAIN COUNTERCLAIMS**<br><br>Date:  None<br>Time:  None<br>Ctrm:  8<br>Judge: Honorable James Ware<br><br>First Amended Complaint Filed: February 5, 2007 |

LA:221803.2

1

| | |
|---|---|
| 1 | Defendants, |
| 2 | GRATEFUL DEAD PRODUCTIONS, a California corporation, CADESTANSA LLC, a limited liability company on behalf of CARLOS SANTANA, an individual, JIMMY PAGE, an individual, ROBERT PLANT, an individual, JOHN PAUL JONES, an individual, RAYMOND MANZAREK, an individual, ROBBY KRIEGER, an individual, JOHN DENSMORE, an individual, PEARL COURSON, an individual, GEORGE MORRISON, an individual, FANTALITY CORP., a Colorado corporation, SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership, BMG MUSIC, a New York partnership, and ARISTA RECORDS, a Delaware LLC, ROBERT WEIR, an individual, WARNER MUSIC GROUP CORP., a Delaware corporation, RHINO ENTERTAINMENT, its subsidiary, and BRAVADO INTERNATIONAL GROUP, INC., a California corporation, |
| 11 | Counterclaim Defendants. |

WHEREAS, plaintiffs and counterclaim defendants Jimmy Page, Robert Plant, and John Paul Jones, and counterclaim defendant Bravado International Group, Inc. (individually and/or collectively, "Counterclaim Defendants") on the one hand, and defendants and counterclaimants Norton LLC, Bill Graham Archives, LLC d/b/a Wolfgang's Vault, and William E. Sagan (collectively "Defendants" or "Counterclaimants") on the other hand, have entered into a confidential settlement agreement to resolve Counterclaimants' Second, Third, Fourth, Fifth, Sixth, Seventh, Eighth, Ninth, Tenth, and Eleventh Counterclaims as against Counterclaim Defendants, and Counterclaimants' First Counterclaim as against Counterclaim Defendants, solely to the extent that the First Counterclaim relates to subjects other than the parties' rights and obligations regarding sound recordings asserted in Defendants' Answer to Second Amended Complaint and First Amended Counterclaims, on the terms and conditions set forth in their agreement:

NOW THEREFORE, IT IS HEREBY STIPULATED, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, by and among the parties hereto, through their respective counsel, that Counterclaimants' Second, Third, Fourth, Fifth, Sixth, Seventh, Eighth, Ninth, Tenth, and Eleventh Counterclaims shall be dismissed in their entirety with prejudice as against Counterclaim Defendants, and Counterclaimants' First Counterclaim shall be dismissed with prejudice as against

Counterclaim Defendants solely to the extent that the First Counterclaim relates to subjects other than the parties' rights and obligations regarding sound recordings asserted in Defendants' Answer to Second Amended Complaint and First Amended Counterclaims, each party to bear his or its own costs and expenses, including attorneys' fees, as to the dismissed Counterclaims.

Dated: October 20, 2008

WINSTON & STRAWN LLP

By: _____
Michael S. Elkin
Thomas P. Lane
Rebecca Lawlor Calkins
Erin Ranahan
Attorneys for Defendants/Counterclaimants

Dated: October 20, 2008

GIBSON DUNN & CRUTCHER LLP

By: _____
Jeffrey Reeves
Cynthia Arato
S. Ashlie Beringer
Joshua Jessen
Attorneys for Plaintiffs/Counterclaim Defendants