

GRANTED
Judge James Ware
11/17/2008

1  WINSTON & STRAWN LLP
   Michael S. Elkin  (admitted *pro hac vice*)
2  Thomas P. Lane  (admitted *pro hac vice*)
   200 Park Avenue
3  New York, New York  10166
   tlane@winston.com
4  (212) 294-6700 (Telephone)
   (212) 294-4700 (Facsimile)
5
   Attorneys for Defendants/Counterclaimants
6  GIBSON DUNN & CRUTCHER
   Jeffrey Reeves (SBN 156648)
7  Joshua Jessen (SBN 222831)
   3161 Michelson Drive
8  Irvine, California  92616
   (949) 451-3800 (Telephone)
   (949) 451-4220 (Facsimile)
9
   Attorneys for Plaintiffs/Counterclaim Defendants

Winston & Strawn LLP
333 South Grand Avenue
Los Angeles, CA 90071-1543

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GRATEFUL DEAD PRODUCTIONS, a California corporation, CADESTANSA LLC, a limited liability company on behalf of CARLOS SANTANA, an individual, JIMMY PAGE, an individual, ROBERT PLANT, an individual, JOHN PAUL JONES, an individual, RAYMOND MANZAREK, an individual, ROBBY KRIEGER, an individual, JOHN DENSMORE, an individual, PEARL COURSON, an individual, and GEORGE MORRISON, an individual, FANTALITY CORP., a Colorado corporation, SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership, BMG MUSIC, a New York partnership, and ARISTA RECORDS, a Delaware LLC,<br><br>Plaintiffs,<br><br>vs.<br><br>WILLIAM E. SAGAN, an individual, NORTON LLC, a limited liability company, and BILL GRAHAM ARCHIVES LLC, d/b/a WOLFGANG'S VAULT, a limited liability company,<br><br>Defendants,<br><br>NORTON LLC, a limited liability company, BILL GRAHAM ARCHIVES LLC, d/b/a WOLFGANG'S VAULT, a limited liability company, and WILLIAM E. SAGAN, an individual, | Case No. 06-07727 (JW PVT)<br><br>**STIPULATION OF DISMISSAL OF COUNTERCLAIM DEFENDANTS RAYMOND MANZAREK, ROBBY KRIEGER, JOHN DENSMORE, PEARL COURSON, GEORGE MORRISON, WITH PREJUDICE**<br><br>Date:  None<br>Time:  None<br>Ctrm:  8<br>Judge: Honorable James Ware<br><br>First Amended Complaint Filed:<br>February 5, 2007 |

LA:221807.2                                         1

| | |
|---|---|
| 1 | Defendants, |
| 2 | GRATEFUL DEAD PRODUCTIONS, a California corporation, CADESTANSA LLC, a limited liability company on behalf of CARLOS SANTANA, an individual, JIMMY PAGE, an individual, ROBERT PLANT, an individual, JOHN PAUL JONES, an individual, RAYMOND MANZAREK, an individual, ROBBY KRIEGER, an individual, JOHN DENSMORE, an individual, PEARL COURSON, an individual, GEORGE MORRISON, an individual, FANTALITY CORP., a Colorado corporation, SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership, BMG MUSIC, a New York partnership, and ARISTA RECORDS, a Delaware LLC, ROBERT WEIR, an individual, WARNER MUSIC GROUP CORP., a Delaware corporation, RHINO ENTERTAINMENT, its subsidiary, and BRAVADO INTERNATIONAL GROUP, INC., a California corporation, |
| 11 | Counterclaim Defendants. |

WHEREAS, plaintiffs and counterclaim defendants Raymond Manzarek, Robby Krieger, John Densmore, Pearl Courson, George Morrison (collectively, "Plaintiffs" or "Counterclaim Defendants") and defendants and counterclaimants Norton LLC, Bill Graham Archives, LLC d/b/a Wolfgang's Vault, and William E. Sagan (collectively "Defendants" or "Counterclaimants"), have entered into a confidential settlement agreement to resolve Counterclaimants' counterclaims against Counterclaim Defendants, on the terms and conditions set forth in their agreement:

NOW THEREFORE, IT IS HEREBY STIPULATED, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, by and among the parties hereto, through their respective counsel, that Counterclaimants' counterclaims shall be dismissed with prejudice as against Counterclaim

//
//
//
//
//

Winston & Strawn LLP
333 South Grand Avenue
Los Angeles, CA 90071-1543

LA:221807.2

2

**STIPULATION OF DISMISSAL OF COUNTERCLAIM DEFENDANTS RAYMOND MANZAREK, ROBBY KRIEGER, JOHN DENSMORE, PEARL COURSON, GEORGE MORRISON**
Case No. 06-07727 (JW PVT)

Defendants, each party to bear his or its own costs and expenses, including attorneys' fees, as to the dismissed Counterclaims.

Dated: October 20, 2008            WINSTON & STRAWN LLP

By: /s/ Michael Elkin  RLC
Michael S. Elkin
Thomas P. Lane
Rebecca Lawlor Calkins
Erin Ranahan
Attorneys for Defendants/Counterclaimants

Dated: October 22, 2008            GIBSON DUNN & CRUTCHER LLP

By: /s/ Ashlie Beringer /SR
Jeffrey Reeves
Cynthia Arato
S. Ashlie Beringer
Joshua Jessen
Attorneys for Plaintiffs/Counterclaim Defendants