GRANTED

*James Ware*
Judge James Ware

11/17/2008

| | |
|---|---|
| 1 | WINSTON & STRAWN LLP |
| | Michael S. Elkin (admitted *pro hac vice*) |
| 2 | Thomas P. Lane (admitted *pro hac vice*) |
| | 200 Park Avenue |
| 3 | New York, New York 10166 |
| | tlane@winston.com |
| | (212) 294-6700 (Telephone) |
| 4 | (212) 294-4700 (Facsimile) |
| 5 | Attorneys for Defendants/Counterclaimants |
| 6 | GIBSON DUNN & CRUTCHER |
| | Jeffrey Reeves (SBN 156648) |
| | Joshua Jessen (SBN 222831) |
| 7 | 3161 Michelson Drive |
| | Irvine, California 92616 |
| | (949) 451-3800 (Telephone) |
| 8 | (949) 451-4220 (Facsimile) |
| 9 | Attorneys for Plaintiffs/Counterclaim Defendants |

Winston & Strawn LLP
333 South Grand Avenue
Los Angeles, CA 90071-1543

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| GRATEFUL DEAD PRODUCTIONS, a California corporation, CADESTANSA LLC, a limited liability company on behalf of CARLOS SANTANA, an individual, JIMMY PAGE, an individual, ROBERT PLANT, an individual, JOHN PAUL JONES, an individual, RAYMOND MANZAREK, an individual, ROBBY KRIEGER, an individual, JOHN DENSMORE, an individual, PEARL COURSON, an individual, and GEORGE MORRISON, an individual, FANTALITY CORP., a Colorado corporation, SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership, BMG MUSIC, a New York partnership, and ARISTA RECORDS, a Delaware LLC, | Case No. 06-07727 (JW PVT) **STIPULATION OF DISMISSAL OF COUNTERCLAIM DEFENDANT ROBERT WEIR** Date: None Time: None Ctrm: 8 Judge: Honorable James Ware First Amended Complaint Filed: February 5, 2007 |
| Plaintiffs, | |
| vs. | |
| WILLIAM E. SAGAN, an individual, NORTON LLC, a limited liability company, and BILL GRAHAM ARCHIVES LLC, d/b/a WOLFGANG'S VAULT, a limited liability company, | |
| Defendants, | |
| NORTON LLC, a limited liability company, BILL GRAHAM ARCHIVES LLC, d/b/a WOLFGANG'S VAULT, a limited liability company, and WILLIAM E. SAGAN, an individual, | |

LA:228123.2                                                                 1
**STIPULATION OF DISMISSAL OF COUNTERCLAIM DEFENDANT ROBERT WEIR**
Case No. 06-07727 (JW PVT)

|   |   |
|---|---|
| 1 | Defendants, |
| 2 | GRATEFUL DEAD PRODUCTIONS, a California corporation, CADESTANSA LLC, a |
| 3 | limited liability company on behalf of CARLOS SANTANA, an individual, JIMMY PAGE, an individual, ROBERT PLANT, an individual, |
| 4 | JOHN PAUL JONES, an individual, RAYMOND MANZAREK, an individual, |
| 5 | ROBBY KRIEGER, an individual, JOHN DENSMORE, an individual, PEARL COURSON, an individual, GEORGE |
| 6 | MORRISON, an individual, FANTALITY CORP., a Colorado corporation, SONY BMG |
| 7 | MUSIC ENTERTAINMENT, a Delaware general partnership, BMG MUSIC, a New York partnership, and ARISTA RECORDS, a |
| 8 | Delaware LLC, ROBERT WEIR, an individual, WARNER MUSIC GROUP CORP., a |
| 9 | Delaware corporation, RHINO ENTERTAINMENT, its subsidiary, and |
| 10 | BRAVADO INTERNATIONAL GROUP, INC., a California corporation, |
| 11 | Counterclaim Defendants. |

IT IS HEREBY STIPULATED, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, by and among the parties hereto, through their respective counsel, that Counterclaimants' First, Fourth, Eighth, Ninth, and Eleventh Counterclaims asserted in Defendants' Answer to Second Amended Complaint and First Amended Counterclaims shall be dismissed in their entirety with prejudice as against Weir, each party to bear his or its own costs and expenses, including attorneys' fees, as to the dismissed Counterclaims.

Dated: November 11, 2008        WINSTON & STRAWN LLP

By: _____/s/ Rebecca L. Calkins_____
Michael S. Elkin
Thomas P. Lane
Rebecca Lawlor Calkins
Erin Ranahan
Attorneys for Defendants/Counterclaimants

Winston & Strawn LLP
333 South Grand Avenue
Los Angeles, CA 90071-1543

LA:228123.2                         2
**STIPULATION OF DISMISSAL OF COUNTERCLAIM DEFENDANT ROBERT WEIR**
Case No. 06-07727 (JW PVT)

| | |
|---|---|
| Dated: November 11, 2008 | GIBSON DUNN & CRUTCHER LLP |

                           By: _____/s/ Cynthia Arato_____
                                 Jeffrey Reeves
                                 Cynthia Arato
                                 S. Ashlie Beringer
                                 Joshua Jessen
                                 Attorneys for Plaintiffs/Counterclaim Defendants

In accordance with Civil L.R. 5-4 and General Order No. 45(X)(B), I, Rebecca Calkins, attest under penalty of perjury under the laws of the United States of America that I have the concurrence of the other signatories to this document.

                                                                               _____s/ Rebecca Calkins_____

Winston & Strawn LLP
333 South Grand Avenue
Los Angeles, CA 90071-1543