

1  Michael S. Elkin  (admitted *pro hac vice*)
   Thomas P. Lane  (admitted *pro hac vice*)
2  **WINSTON & STRAWN LLP**
   200 Park Avenue
3  New York, New York  10166
   melkin@winston.com
4  tlane@winston.com
   (212) 294-6700 (Telephone)
5  (212) 294-4700 (Facsimile)

6  Rebecca Lawlor Calkins  SBN 195593
   Erin R. Ranahan  SBN 235286
7  **WINSTON & STRAWN LLP**
   333 South Grand Avenue, 38th Floor
8  Los Angeles, CA 90071
   rcalkins@winston.com
9  eranahan@winston.com
   (213) 615-1700 (Telephone)
10 (213) 615-1750 (Facsimile)

11 Andrew P. Bridges  SBN 122761
   Jennifer A. Golinveaux  SBN 203056
12 **WINSTON & STRAWN LLP**
   101 California Street
13 San Francisco, CA  94111
   (415) 591-1506 (Telephone)
14 (415) 591-1400 (Facsimile)

15 Attorneys for Defendants/Counterclaimants

16 **UNITED STATES DISTRICT COURT**

17 **NORTHERN DISTRICT OF CALIFORNIA**

18 **SAN JOSE DIVISION**

19

20 GRATEFUL DEAD PRODUCTIONS, a           )   **Case No. 06-07727 (JW PVT)**
   California corporation, CADESTANSA LLC, a )
21 limited liability company on behalf of CARLOS )
   SANTANA, an individual, JIMMY PAGE, an    )   **JOINT STIPULATION AND [PROPOSED]**
22 individual, ROBERT PLANT, an individual,   )   **ORDER TO EXTEND DEADLINES BY**
   JOHN PAUL JONES, an individual,            )   **FORTY-FIVE DAYS, OR, IN THE**
23 RAYMOND MANZAREK, an individual,           )   **ALTERNATIVE FOR PARTIES TO**
   ROBBY KRIEGER, an individual, JOHN         )   **LODGE AND SERVE EXPERT**
24 DENSMORE, an individual, PEARL             )   **DISCLOSURES FROM DECEMBER 8,**
   COURSON, an individual, and GEORGE         )   **2008 TO DECEMBER 30, 2008; AND**
25 MORRISON, an individual, FANTALITY         )   **REBUTTAL EXPERT DISCLOSURES**
   CORP., a Colorado corporation, SONY BMG    )   **FROM DECEMBER 22, 2008 TO**
26 MUSIC ENTERTAINMENT, a Delaware            )   **JANUARY 13, 2009**
   general partnership, BMG MUSIC, a New York )
27 partnership, and ARISTA RECORDS, a         )

LA:230618.1                                1

28

**JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINES BY FORTY-FIVE DAYS, OR,
IN THE ALTERNATIVE, TO EXTEND TIME FOR PARTIES TO LODGE AND SERVE EXPERT
DISCLOSURES FROM DECEMBER 8, 2008 TO DECEMBER 30, 2008; AND REBUTTAL EXPERT
DISCLOSURES FROM DEC. 22, 2008 TO JAN. 13, 2009**    Case No. 06-07727 (JW PVT)

*(Left margin: Winston & Strawn LLP / 333 South Grand Avenue / Los Angeles, CA 90071-1543)*

*(Stamp: IT IS SO ORDERED AS MODIFIED — Judge James Ware)*

|     |     |     |
| --- | --- | --- |
| 1 | Delaware LLC, ) | |
| 2 | ) Plaintiffs, ) | Second Amended Complaint Filed: October 18, 2007 |
| 3 | ) vs. ) | |
| 4 | ) WILLIAM E. SAGAN, an individual, ) NORTON LLC, a limited liability company, ) | |
| 5 | and BILL GRAHAM ARCHIVES LLC, d/b/a ) WOLFGANG'S VAULT, a limited liability ) | |
| 6 | company, ) ) | |
| 7 | Defendants, ) ) | |
| 8 | ) NORTON LLC, a limited liability company, ) | |
| 9 | BILL GRAHAM ARCHIVES LLC, d/b/a ) WOLFGANG'S VAULT, a limited liability ) | |
| 10 | company, and WILLIAM E. SAGAN, an ) individual, ) | |
| 11 | ) Defendants, ) | |
| 12 | ) GRATEFUL DEAD PRODUCTIONS, a ) | |
| 13 | California corporation, CADESTANSA LLC, a ) limited liability company on behalf of CARLOS ) | |
| 14 | SANTANA, an individual, JIMMY PAGE, an ) individual, ROBERT PLANT, an individual, ) | |
| 15 | JOHN PAUL JONES, an individual, ) RAYMOND MANZAREK, an individual, ) | |
| 16 | ROBBY KRIEGER, an individual, JOHN ) DENSMORE, an individual, PEARL ) | |
| 17 | COURSON, an individual, GEORGE ) MORRISON, an individual, FANTALITY ) | |
| 18 | CORP., a Colorado corporation, SONY BMG ) MUSIC ENTERTAINMENT, a Delaware ) | |
| 19 | general partnership, BMG MUSIC, a New York ) partnership, and ARISTA RECORDS, a ) | |
| 20 | Delaware LLC, ROBERT WEIR, an individual, ) WARNER MUSIC GROUP CORP., a ) | |
| 21 | Delaware corporation, RHINO ) ENTERTAINMENT, its subsidiary, and ) | |
| 22 | BRAVADO INTERNATIONAL GROUP, ) INC., a California corporation, ) | |
| 23 | ) Counterclaim Defendants. ) | |
| 24 | ) | |
| 25 | // | |
| 26 | // | |
| 27 | // | |
| 28 | LA:230618.1                2 | |



Winston & Strawn LLP
333 South Grand Avenue
Los Angeles, CA 90071-1543

**JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINES BY FORTY-FIVE DAYS, OR, IN THE ALTERNATIVE, TO EXTEND TIME FOR PARTIES TO LODGE AND SERVE EXPERT DISCLOSURES FROM DECEMBER 8, 2008 TO DECEMBER 30, 2008; AND REBUTTAL EXPERT DISCLOSURES FROM DEC. 22, 2008 TO JAN. 13, 2009**    Case No. 06-07727 (JW PVT)

## ORDER

Pursuant to the Stipulation above, it is hereby ordered that:

1. The deadline for plaintiff and counterclaim defendants Grateful Dead Productions, Cadestansa, LLC, Jimmy Page, Robert Plant, John Paul Jones, Sony BMG Music Entertainment, BMG Music, Arista Records, Fantality Corp., Bravado, Warner Music Group, Rhino Entertainment, and defendants and counterclaimants William Sagan, Norton LLC, and Bill Graham Archives, LLC to lodge and serve expert witness disclosures, in accordance with ¶¶ 4, 5 of this Court's Scheduling Order (Docket No. 185), shall be extended from December 8, 2008 to December 30, 2008; and the deadline for the Parties to lodge and serve expert witness disclosures in accordance with ¶ 7 of this Court's Scheduling Order (Docket No. 185) shall be extended from December 22, 2008 to January 13, 2009.

**All other deadlines in the Court's Scheduling Order shall remain unchanged.**

Dated:  December 12, 2008

_____
Honorable James Ware
U.S. District Judge

1

JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINES BY FORTY-FIVE DAYS, OR, IN THE ALTERNATIVE, TO EXTEND TIME FOR PARTIES TO LODGE AND SERVE EXPERT DISCLOSURES FROM DECEMBER 8, 2008 TO DECEMBER 30, 2008; AND REBUTTAL EXPERT DISCLOSURES FROM DEC. 22, 2008 TO JAN. 13, 2009   Case No. 06-07727 (JW PVT)