Jeffrey H. Reeves, SBN 156648
Joshua A. Jessen, SBN 222831
GIBSON, DUNN & CRUTCHER LLP
3161 Michelson Drive
Irvine, California 92612-4412
jreeves@gibsondunn.com
(949) 451-3800 (Telephone)
(949) 451-4220 (Facsimile)

and

S. Ashlie Beringer (admitted *pro hac vice*)
Laura M. Sturges (admitted *pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
1801 California Street, Suite 4200
Denver, Colorado 80220
aberinger@gibsondunn.com
(303) 298-5718 (Telephone)
(303) 313-2868 (Facsimile)

*Attorneys for Plaintiffs*

**IT IS SO ORDERED**
Judge James Ware
1/6/2009

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GRATEFUL DEAD PRODUCTIONS, a California corporation, CADESTANSA, LLC, a limited liability company on behalf of CARLOS SANTANA, an individual, JIMMY PAGE, an individual, ROBERT PLANT, an individual, JOHN PAUL JONES, an individual, RAYMOND MANZAREK, an individual, ROBBY KRIEGER, an individual, JOHN DENSMORE, an individual, PEARL COURSON, an individual, GEORGE MORRISON, an individual, FANTALITY CORP., a Colorado corporation, SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership, BMG MUSIC, a New York partnership, and ARISTA RECORDS, a Delaware LLC,<br><br>    Plaintiffs,<br><br>    v. | CASE NO. C 06 7727 (JW) (PVT)<br><br>**STIPULATION OF DISMISSAL OF ALL REMAINING CLAIMS AND COUNTERCLAIMS BEING ASSERTED IN ACTION WITHOUT PREJUDICE** |

1

Gibson, Dunn & Crutcher LLP

STIPULATION OF DISMISSAL OF ALL REMAINING CLAIMS AND COUNTERCLAIMS BEING ASSERTED IN ACTION WITHOUT PREJUDICE – 06-07727 (JW) (PVT)

| | |
|---|---|
| WILLIAM E. SAGAN, an individual, NORTON LLC, a limited liability company, and BILL GRAHAM ARCHIVES LLC, d/b/a WOLFGANG'S VAULT, a limited liability company, | |
| Defendants. | |
| NORTON LLC, a limited liability company, BILL GRAHAM ARCHIVES LLC, d/b/a WOLFGANG'S VAULT, a limited liability company, and WILLIAM E. SAGAN, an individual, | |
| Counterclaim Plaintiffs, | |
| v. | |
| GRATEFUL DEAD PRODUCTIONS, a California corporation, CADESTANSA, LLC, a limited liability company on behalf of CARLOS SANTANA, an individual, JIMMY PAGE, an individual, ROBERT PLANT, an individual, JOHN PAUL JONES, an individual, RAYMOND MANZAREK, an individual, ROBBY KRIEGER, an individual, JOHN DENSMORE, an individual, PEARL COURSON, an individual, GEORGE MORRISON, an individual, FANTALITY CORP., a Colorado corporation, SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership, BMG MUSIC, a New York partnership, ARISTA RECORDS, a Delaware LLC, ROBERT WEIR, an individual, WARNER MUSIC GROUP CORP., a Delaware corporation, RHINO ENTERTAINMENT, its subsidiary, and BRAVADO INTERNATIONAL GROUP, INC., a California corporation, | |
| Counterclaim Defendants. | |

IT IS HEREBY STIPULATED, pursuant to Fed. R. Civ. P. 41(a)(1), by and among all remaining parties to this action – (1) Plaintiffs and Counter-Defendants Grateful Dead Productions; Cadestansa LLC, a limited liability company on behalf of Carlos Santana; Jimmy Page; Robert Plant; John Paul Jones; Fantality Corp.; Sony BMG Music Entertainment; BMG Music; and Arista Records; (2) Counter-Defendants Warner Music Group Corp.; Rhino Entertainment Company; and Bravado International Group, Inc.; and (3) Defendants and Counterclaimants William E. Sagan; Norton LLC;

2

Gibson, Dunn & Crutcher LLP

STIPULATION OF DISMISSAL OF ALL REMAINING CLAIMS AND COUNTERCLAIMS BEING ASSERTED IN ACTION WITHOUT PREJUDICE – 06-07727 (JW) (PVT)

and Bill Graham Archives LLC d/b/a Wolfgang's Vault (collectively, the "Defendants-Counterclaimants")– through their respective counsel, as follows:

1. <u>The Plaintiffs' Dismissal Of Claims *Without Prejudice*</u>.  All remaining claims being asserted by the Plaintiffs are hereby dismissed *without prejudice*, including but not limited to the Plaintiffs' Fifth, Sixth, Tenth, Eleventh, Twelfth, Thirteenth, Fourteenth, Fifteenth, Sixteenth, Seventeenth, and Eighteenth Causes of Action of the Second Amended Complaint.

2. <u>The Defendants-Counterclaimants' Dismissal Of Counterclaims *Without Prejudice*</u>.  All remaining counterclaims being asserted by the Defendants-Counterclaimants are hereby dismissed *without prejudice*, including but not limited to the Defendants-Counterclaimants' First, Second, Third, Fourth, Seventh, Eighth, Tenth, and (to the extent necessary) Eleventh Counterclaims.[1]

3. <u>Each Party To Bear Its Own Costs And Expenses</u>.  With respect to each and every claim and counterclaim being dismissed by the Stipulation, each party shall bear his or its own costs and expenses, including attorneys' fees.

4. <u>Dismissal Of Entire Action</u>.  By virtue of this Stipulation, no claims or counterclaims remain pending, and the above-captioned action is hereby dismissed.  All claims and counterclaims are dismissed *without prejudice* as set forth above.

DATED:  December 30, 2008                       GIBSON, DUNN & CRUTCHER LLP

By      s/ Joshua A. Jessen

S. Ashlie Beringer
Laura M. Sturges
1801 California Street, Suite 4200
Denver, CO  80202
Telephone:  303-298-5718

and

---

[1] In an Order dated December 18, 2008, the Court dismissed Counterclaimants' Eleventh Counterclaim for business defamation and business disparagement, giving Counterclaimants "leave to amend their Counterclaim consistent with the terms of [the] Order." To the extent that Counterclaim or any portion of it remains pending, it is hereby dismissed *without prejudice*.

3

STIPULATION OF DISMISSAL OF ALL REMAINING CLAIMS AND COUNTERCLAIMS BEING ASSERTED IN ACTION WITHOUT PREJUDICE – 06-07727 (JW) (PVT)

Gibson, Dunn & Crutcher LLP

                    Jeffrey H. Reeves
                    Joshua A. Jessen
                    3161 Michelson Drive
                    Irvine, CA 92612-4412
                    Telephone: 949-451-3800

*Attorneys for Plaintiffs*

DATED:  December 30, 2008        WINSTON & STRAWN LLP

                    By    __s/ Rebecca Lawlor Calkins_____

                    Michael S. Elkin
                    Thomas P. Lane
                    200 Park Avenue
                    New York, NY 10166
                    Telephone:  212-294-6700

                    and

                    Rebecca Lawlor Calkins
                    Erin Ranahan
                    333 S. Grand Avenue
                    Los Angeles, CA 90071
                    Telephone: 213-615-1700

*Attorneys for Defendants*

In accordance with Civil L.R. 5-4 and General Order No. 45(X)(B), I, Joshua A. Jessen, attest under penalty of perjury under the laws of the United States of America that I have the concurrence of the other signatories to this document.

                                              _____s/ Joshua A. Jessen_____
                                                     Joshua A. Jessen

**IT IS SO ORDERED:**

The Court terminates all pending deadlines, hearings and motions. The Clerk shall close this file.

Dated: January 6, 2009                    _____
                                      United States District Judge

Gibson, Dunn & Crutcher LLP

STIPULATION OF DISMISSAL OF ALL REMAINING CLAIMS AND COUNTERCLAIMS BEING ASSERTED IN ACTION WITHOUT PREJUDICE – 06-07727 (JW) (PVT)